United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DENNIS JACOBS**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: July 01, 2013
Docket #: 13-1761cv
Short Title: Lindner v. Newell

DC Docket #: 11-cv-8365
DC Court: SDNY (NEW YORK CITY)
DC Judge: Nathan
Dolinger

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8612.