UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of July, two thousand and thirteen,

_____

Peter W. Lindner,

       Plaintiff - Appellant,

v.

(CSO) Newell, (CSO) Muschitello, (CSO) John Doe #1, (CSO) John Doe #2, Margaret Lain, 2nd Circuit Court of Appeals Clerk, James Howard, Assistant US Marshal (USM), Brian Murphy, USM, Betty Ann Pascarella, USM, S. Jones, Witness Security, D. Disrud, Congressional Affairs Chief, Joseph R. Guccione, USM, Preet Bharara, US Attorney for the SDNY, The firm that subcontracted the CSO's to the US Marshal at SDNY,

       Defendants - Appellees.

_____

ORDER
Docket No: 13-1761

Appellant has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting September 9, 2013 as the brief/joint appendix filing date.

The scheduling notification hereby is so ordered.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

