UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 13-1761                                         Caption [use short title]

Motion for: 90 Day extension and Recuse USDJ        Lindner v Newell, et al

Set forth below precise, complete statement of relief sought:

1.Recuse USDJ Nathan for violating sworn oath on not
hearing pro se oral arguments, 2.Due Process violation,
3.perjury for "under penalty of perjury" inconsistent
stmts,4.ruling on intent to deceive NY Judiciary 487 on
3-4 atty's 5.90-Day extension for perfecting motion

MOVING PARTY: Peter W. Lindner                    OPPOSING PARTY: CSO Newell, et al
☑ Plaintiff            ☐ Defendant
☐ Appellant/Petitioner ☐ Appellee/Respondent

MOVING ATTORNEY: (self: pro se litigant)          OPPOSING ATTORNEY: Littler Mendelson & SDNY US Attorney
                        [name of attorney, with firm, address, phone number and e-mail]   jWoltz@littler.com
Peter W. Lindner (pro se litigant)                1)Littler Mendelson, 900 Third Ave, 7th Floor:NYC 10022
1 Irving Place, Apt. G-23-C                        Jennie Woltz, Esq & Kurt Peterson, Esq 212-583-2689
NYC, NY 10003                                      2)US Attorney Benjamin H. Torrance,86 Chambers St,
                                                   NYC 10007 212-637-2703 benjamin.torrance@usdoj.c

Court-Judge/Agency appealed from: SDNY - USDJ Nathan

Please check appropriate boxes:                   FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND
                                                  INJUNCTIONS PENDING APPEAL:
Has movant notified opposing counsel (required by Local Rule 27.1):    Has request for relief been made below?          ☐ Yes ☑ No
☑ Yes ☐ No (explain):_____                  Has this relief been previously sought in this Court?  ☐ Yes ☑ No
                                                  Requested return date and explanation of emergency: Oct 2013
Opposing counsel's position on motion:
☐ Unopposed ☑ Opposed ☐ Don't Know                1.Perjury by inconsistent statements by USMS Gen'l Coun
Does opposing counsel intend to file a response:  2. Change of venue, ORDER to USDJ Nathan for discovery
☑ Yes ☐ No ☐ Don't Know                           3.Intent to Deceive by US Attorneys
                                                  who did not include inconsistent stmts in record for 2nd Circuit
Is oral argument on motion requested?    ☑ Yes  ☐ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes ☑ No  If yes, enter date:_____

Signature of Moving Attorney:
/s/ Peter Lindner                  Date: Oct 2, 2013    Has service been effected?  ☑ Yes  ☐ No [Attach proof of service]
                                                        (See attached copy of email)

---

ORDER

IT IS HEREBY ORDERED THAT the motion is GRANTED  DENIED.

                                    FOR THE COURT:
                                    CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____    By: _____


Form T-1080

1

U.S. COURT OF APPEALS FOR THE SECOND CIRCUIT



_____x

PETER LINDNER,                          |
                                        |    Case 13-1761
        Plaintiff –Appellant Pro Se,    |
                                        |    MOTION FOR
        -vs.-                           |    LEAVE OF
                                        |    NINETY DAYS
                                        |    TO PERFECT
                                        |    MOTION
                                        |
CSO NEWELL, et al.                      |
                Defendants.             |
_____x

Peter Lindner                    home/fax: 212-979-9647
Appellant Plaintiff Pro Se       cell:        917-207-4962
1 Irving Place, #G-23-C           email:  nyc10003@nyc.rr.com
New York, N.Y. 10003

1)  Summary.............................................................................................4
2)  Overview ............................................................................................8
3)  Details ...............................................................................................16
    Why is the 2nd Circuit Court of Appeals oblivious to CSO Newell hitting me at the 2nd
    Circuit Courthouse? ........................................................................ 19
    Sworn Signature................................................................................ 23
4)  Exhibit 0: Signed image of Notary Sworn Statement ...................24
5)  Exhibit 1:  NY Times lists criteria of criminal case for NSA to have standing before
SCOTUS...................................................................................................25
6)  Exhibit 2:  Lindner tries to get legal help for FISA/NSA snooping................................29
7)  Exhibit 3:  Prima Facie evidence of corruption in SDNY, due to a false "fact" in
Westlaw's summary of Lindner's case ..............................................32
8)  Exhibit 4: Sua Sponte and Nostra Sponte ....................................42
9)  Exhibit 5: the inconsistent (aka perjured) statements of USMS General Counsel
Auerbach.................................................................................................49
10) Exhibit 6 The Form 95 filed Sunday Sep 8, 2013 against Auerbach, Harwood &
Bharara...................................................................................................53
    a)  Cover Letter Sep 8, 2013 to DOJ OIG via certified mail, cc: Auerbach, USMS, et al
        53
    b)  Appendix 1: The false statement of USMS General Counsel Auerbach...................56

**c)   Appendix 2: the "revised" false statement of USMS General Counsel Auerbach** ... 57

**11)  Exhibit 7: Redacted letter covered by Attorney Client Privilege whereby Lindner notes that Robert Ellenport Esq. asks the USMS for the video of CSO Newell hitting Lindner in front of the 2nd Circuit, and 3 men intimidating Ms. Sally Smith to commit perjury** ..............................................................................................................70

**12)  Exhibit 8:  Videotapes cannot be destroyed even if not yet subpoenaed** ........................75

**13)  Exhibit 9: Outline of other major issues in case, to be fleshed out when motion is perfected given that Your Honors extend the deadline by 90 days**.........................................77

**14)  Exhibit 10:  The Clayton Motion is enshrined in NY Law as 10 conditions** .................83

**15)  Exhibit 11:  Proof of delivery of Certified Letter from Lindner to DOJ OIG Sr. Special Agent Guido Modano who knows of my complaint and worked with Ms. Sally Smith**........85

**16)  Exhibit 12:  Additional Reasons for Your Honors at the 2nd Circuit Court of Appeals to act now sua sponte** ........................................................................................................86

**17)  Exhibit 14: USDJ Nathan's "Individual Practice" not allowing oral argument by non lawyers is de facto discriminatory** ...................................................................................92

**18)  Exhibit 13  On USMS GC Auerbach falsely stating under penalties of perjury that Lindner did not submit (FTCA) Claim prior to 2012** ............................................................97

**19)  Exhibit 14 Violation of "rich v poor" in standards Lawyers do not have to put up with**98

**20)  Exhibit 15:  Due Process**..................................................................................100

    "Incorporation of the Bill of Rights ....................................................................... 100

**21)  Exhibit 16:  Proof of Service via email**.............................................................102

U.S. COURT OF APPEALS FOR THE SECOND CIRCUIT



_____x
PETER LINDNER,                          |
                                        |
        Plaintiff –Appellant Pro Se,    |
                                        |  Case 13-1761
            -vs.-                       |
                                        |  MOTION FOR
                                        |  LEAVE OF
                                        |  NINETY  DAYS
                                        |  TO
CSO NEWELL, et al.                      |  PERFECT
            Defendants.                 |  MOTION
_____x
              Thursday, October 03, 2013 2PM

To the Honorable Judges of the 2nd Circuit Court of Appeals

## 1) <u>**Summary**</u>

This case raises several novel points that extend into Constitutional issues, matters

of corruption, violation of NY Judiciary §487 on "intent to deceive" any Court in

NY State by attorneys[1], misuse of judicial discretion with regard to oral arguments

by pro se litigants, witness tampering, counter-value actions by the US Attorney[2],

---

[1] To wit: US Attorney Preet Bharara who had  "intent to deceive" any Court in NY
State by omitting proof of perjury by USMS General Counsel Auerbach in the
Pacer record, which is the requirement for documents upon which an appeal to
Your Honors can be based.

[2] AUSA (Assistant US Attorney) Harwood showed callous indifference to the life /
death of Confidential Informant Ms. Sally Smith (known to them, but not provable
unless I met him).  Harwood wanted me to send the documents by an insecure
method or telephone him (also insecure).

possible cover-ups  and perjury by Officers of the Court (lawyers).  Given that I

am a pro se litigant, proving perjury is hard to do, and I was advised by a lawyer

that even **he** would be unable to produce a document for the 2nd Circuit Court of

Appeals in one month.

Thus, I ask for 3 month delay.

I note that I have 2 medical conditions which may limit me (ADHD Attention

Deficit Hyperactivity Disorder and Asperger's Syndrome)[3], and that it is hard to

work with the Courts, when not only my adversaries but also the Judge act in a

fashion that violates standards[4] that lawyers would not have to put up with.

---

[3] Medical documentation available upon request.

[4] For example:

1) Lawyers, but not pro se litigants can make oral arguments to USDJ Nathan

2) AUSA Howard categorically refused to meet with me anywhere, and required
   that I (ad hoc)  hire a lawyer  (Mr. Robert Ellenport, Esq. of NY/NY) for the
   sole purpose of communicating with the USMS and with anyone else in the 500
   Pearl Street Courthouse.  This is codified in my email in  11) "**Exhibit 7:
   Redacted letter covered by Attorney Client Privilege whereby Lindner
   notes that Robert Ellenport Esq. asks the USMS for the video of CSO
   Newell hitting Lindner in front of the 2nd Circuit, and 3 men intimidating
   Ms. Sally Smith to commit perjury**" 11) which says:

   a) "Bob and I spoke to that USM and the USM said all communications to the
      2nd Circuit (and SDNY ?) should go directly to the USM; eg. a letter to the
      2nd Circuit Court of Appeals is to be sent to Bob, who will send it to the
      USM who will send it to the  2nd Circuit Clerk."

   b) Dated Wednesday, November 03, 2010 10:57 PM

There are, in this case, 3 major issues:

- Can perjury protect a USMS General Counsel("GC"), when the case is based upon the sworn testimony of said GC?

- Should poor people have additional burdens[5] to see justice in Court?

- Can the National Security Agency (NSA) wiretaps be used without a warrant on me, a US born citizen (without the requisite probable cause, and without 9/11 terrorist ties)?

I'm also skeptical of being given a fair hearing, which I **beg** to include **oral argument, before Your Honors in the 2nd Circuit Court of Appeals**, so I'm also including some of the major issues[6], in case my request for delay is not

---

3) USDJ Nathan violating rules on scheduling within 2-3 months by not doing so even after 17 months, and then not at all.

4) Not speaking to me privately about a witness Ms. Sally Smith whose identity was to be kept secret, lest she be harmed by criminals put in prison by her testimony under the DEA/ATF.

5) As a lawyer (but not a pro se lawyer) I could have issued my own subpoena to Ms. Smith, to compel testimony against the wishes of DEA/ATF, including that my witness Ms. Smith had ex parte communications about me with USDJ Sullivan, and that Ms. Smith had worked with DOJ OIG Modano and that Ms. Smith was approached while testifying in SDNY about perjuring herself about me, and about the DEA/ATF asking Ms. Sally Smith to put child porn on my PC.

Under Rules of Evidence as practiced under the Nixon White House in a recent law journal article, the President's Attorney concluded that to destroy the (Nixon audio) tapes even prior to a subpoena would be a felony; see Exhibit #8, in section 12).

[5] Compare with additional burdens on poor people for voting, which is illegal.

[6] I was assaulted by a CSO Newell in the 2nd Circuit Court of Appeals' lobby at 500 Pearl St, NYC, and the CSO then apologized to me in front of his partner CSO

granted[7].  I thus wish to have this case certified for an appeal to the Supreme Court of the United States.

Finally, I note that issues I raise today (FISA, **NSA**, wiretapping, and a concocted criminal case against me) have recently been revealed by the US Solicitor General Donald Verrilli Jr. as necessary and sufficient ingredients in making this case ripe for decision with "standing" before the Supreme Court of the United States.  I'm also aghast that my formatting of this brief is wrong[8], and wish to make the

---

Muschitiello, and then the USMS reported to me that CSO Newell denied hitting me, and denied that they had evidence via videotape.  I note that US President Barack Obama chose the SDNY 500 Pearl Street Courthouse for trying the Guantanamo Bay Prisoners who caused 9/11, so a lack of video tapes seems suspicious, and is clearly a lie which can be shown in discovery by obtaining a list of the videos on that floor for that date from the Officer of Records.  But USDJ Nathan forbade such **simple**, bureaucratic requests and **chose rather to doubt the existence of said videos**.  Of course, **if** the 2nd Circuit Court of Appeals had no video tapes of its areas, it would not affect USDJ Nathan, but it should affect both Your Honors, and the entire bureaucracy of the 2nd Circuit Court of Appeals, including the clerks and guards.  This is a *reductio ad absurdum* that the tapes exist.

[7] I submitted my brief on *Lindner v IBM* three times to the 2nd Circuit Court of Appeals, and it was rejected by the 2nd Circuit Court of Appeals as "late," despite my having evidence of a timestamp from the 2nd Circuit night mailbox.

[8] Or may be wrong.  As per FRAP: " Federal Rules of Appellate Procedure and Local Rules of the Second Circuit".  I am mystified how to handle the "printer's rules" on footnotes, except for their 12 point size.  This brief was rejected via email on 9/12/2013 9:26 AM from cmecf@ca2.uscourts.gov on "Notice of Docket Activity [:] The following transaction was filed on 09/12/2013 " via note "Court of Appeals, 2nd Circuit [:] Docket Text: DEFECTIVE DOCUMENT, brief & special

appropriate corrections. Also, given more time, I'd want to include actual Court

decisions, especially those in the 2nd Circuit and FISA[9], rather than resort to

Google, Wikipedia and the popular press. I note with dismay a pattern of

Government behavior of linking NSA, child porn, treason, and 9/11 cases together,

which I am none of the above. And then the DOJ and NSA blanket these cases

with secrecy subject to fines and jail time, and not even releasing the decisions,

except to say that these are isolated cases (e.g. NSA vendors or employees using

the spy network on their spouses, girlfriends, and potential suitors of their

girlfriends. Even I have been told by a friend who heard that an Asian (?) person

was stymied by a romantic adversary checking up on his and his girlfriend's mail,

texts, phone calls. How often does it happen if I hear about it via the personal

grapevine of conversation? I'd say: quite often. )


## 2) **Overview**


I hereby submit via this affidavit my reasons for delay in "perfecting" my 2nd

Circuit Court of Appeals submission, which include a professional attorney's

---

appendix[31], on behalf of Appellant Mr. Peter Lindner, FILED.[1038989] [13-1761]" :

[9] Several years of FISA ORDERs and briefs are only now slowly being released in redacted form.

opinion that the job would be even too onerous for him, and for the recent revelations that my criminal case[10] which ended July 17, 2013 would be a **requirement** for standing in an appeal to the Supreme Court of the United States. It is hard to prove that a lawyer[11] committed perjury, violation of their Oaths and other laws (such as intent to deceive – a criminal misdemeanor), especially when the Court limits even a **discussion** of that. I also should be able to depose the persons who I feel gave false testimony (perjured information) when their bland assertions are contradictory. Thus, I need more time to show the facts and to show the lack of due process[12], both of which would have aided me in showing that the lower Court made (preventable!) errors that preemptively doomed my presentation / case. There are incredible complexities in this case (standing for the Supreme Court of the United States via my related criminal case interlocked with a Confidential Informant (CI), NSA violating encryption[13] and monitoring me as a

---

[10] 2013NY007098 *People of NY v Peter Lindner,* now dismissed and sealed.

[11] To wit: USMS GC Auerbach, US Atty Bharara, AUSA Harwood, and maybe USDJ Nathan. It is not at all surprising that all of them sought not even to allow evidence or oral argument to that effect.

[12] See 19) "Exhibit 14 Violation of "rich v poor" in standards Lawyers do not have to put up with"

[13] According to the NY Times of Thursday, September 05, 2013, the NSA is not only violating a Judge's ORDER to not tap US Citizens' phones, but also by decrypting messages (I note I have sent encrypted messages to my civil and criminal attorneys ). I am not a prisoner in a jail cell whose conversations with my

US citizen as reported by said CI, Watergate aspects of this case relating to

mischief and cover-up by the Executive Branch, and violations of due process).

> Professor Carl Sagan "widely regarded as a freethinker or skeptic [, said in]
>
> one of his most famous quotations, in Cosmos, was, **"Extraordinary claims**
>
> **require extraordinary evidence"** (called the "Sagan Standard" by some). "
>
> [internal footnotes omitted, **emphasis** added ]
>
> http://en.wikipedia.org/wiki/Carl_Sagan

I claim that the SDNY is corrupt[14].

---

attorney can be monitored by the US Government and even then used by the NSA
to the DEA/ATF and the NYPD.  I was born in NYC.

> "The agency's success in **defeating many of the privacy protections**
> **offered by encryption** does not change the rules that **prohibit the**
> **deliberate targeting of Americans' e-mails or phone calls without a**
> **warrant.** But it shows that the agency, which w**as sharply rebuked by a**
> **federal judge in 2011 for violating the rules and misleading the Foreign**
> **Intelligence Surveillance Court**, cannot necessarily be restrained by
> privacy technology. N.S.A. rules permit the agency to store any encrypted
> communication, domestic or foreign, for as long as the agency is trying to
> decrypt it or analyze its technical features." [**emphasis** added]
> http://www.nytimes.com/2013/09/06/us/nsa-foils-much-internet-
> encryption.html?pagewanted=all

[14] Some people would say this is trivially true:  any institution is corrupt.  I do not
mean it that way.  I mean:  SDNY is corrupt in how it (SDNY) handled my
specific case.  Or more mathematically:  I would estimate that 10% to 30% of the
SDNY Judges have made at least one decision based not upon the facts (as the

Such an "extraordinary claim" would make me repulsive to The Court, unless I

presented "extraordinary evidence," which will require additional time.  Please see

Appendix 1 and footnote 14 for examples of said corruption, which is **in addition**

**to the instant claim that CSO Newell hit me in the 500 Pearl Street**

**Courthouse on the floor / waiting area of the 2nd Circuit Court of Appeals**,

then

- in front of his fellow CSO Muschitiello,

     o  CSO Newell apologized for hitting me and

     o  shook hands with me, and

- then denied all of this to his superiors in the US Marshals Service, in

   violation of federal law, and

- did so with impunity, knowing that

     o   his partner would not rat him out,

     o  nor would the USMS release the video tapes[15],

---

image of Lady Justice with her eyes blindfolded using the scales of Justice), but for
monetary or other reasons.  This is covered in more detail in 18) "Exhibit 13  On
USMS GC Auerbach falsely stating under penalties of perjury that Lindner did not
submit (FTCA) Claim prior to 2012"

[15] Although stronger documentation may exist, due to the time exigencies, a
redacted letter to my lawyers detailing the incidents with the 2 CSO's and me, and
3 men threatening Ms. Sally Smith is on page  70, "Exhibit 7: Redacted letter
covered by Attorney Client Privilege whereby Lindner notes that Robert Ellenport

- o nor would he be called to account for his actions before a jury of peers, who would find his denials false (since Juries are the ultimate decider of the facts),

- o nor would the USMS pursue CSO Newell for lying and thus Obstruction of Justice

To me this is heinous corruption, reminiscent of the treatment of blacks in the South prior to the Civil Rights Act of 1964; except it is in NYC to a white, gay man.

In 7) "Exhibit 3: Prima Facie evidence of corruption in SDNY, due to a false "fact" in Westlaw's summary of Lindner's case," I show a Westlaw citation in the case 06cv4751 *Lindner v IBM, et al.* , which I had not seen until this month (Friday, September 06, 2013) that **falsely** states as a fact that "In addition, the employer did not speak to anyone at other companies regarding the employee's applications for employment."[16]

I counter this false assertion with the "Janik Letter" appearing in 7) in "Figure 2 full email of IBM'er Ron Janik (in 2 pieces)"

In fact, the employee Ron Janik did admit in an IBM email to me that he spoke to my prospective employer Cathy at Wunderman, and IBM did not refute that, nor

---

Esq. asks the USMS for the video of CSO Newell hitting Lindner in front of the 2nd Circuit, and 3 men intimidating Ms. Sally Smith to commit perjury."

[16] [2010 WL 308725, Only the Westlaw citation is currently available]. This is in and of itself, fishy.

did IBM retract their false statement to USDJ Sullivan that all relevant email (that is to say: none[17]) was given to me.  This is a violation of NY Judiciary §487 on "intent to deceive" any Court in NY State, among other statutes, and should have prompted the reigning jurist to enquire into it.  But USDJ Sullivan did neither, which to me is an indication of corruption[18], since it is reasonable for a Judge to ask the opposing party (IBM) to explain why this letter was omitted, or whether I falsely manufactured it.

In "**Exhibit 6 The Form 95 filed Sunday Sep 8, 2013 against Auerbach, Harwood & Bharara**" I include a new  Federal Tort Claims Act ("FTCA") claim sent to the USMS and to DOJ OIG, with its cover letter, appendices, and of course the signed and notarized FTCA Form 95 on page 67 in the amount of $2,500,000, which would be trebled under NY Judiciary §487 on "intent to deceive" any Court in NY State, since Harwood & Bharara are NY Attorneys intentionally omitting the 3rd declaration of USMS General Counsel Auerbach wherein Auerbach recants

---

[17] IBM violated FRCP 26 by giving no email to me, as if that were even a possible outcome in a computer firm, let alone in IBM – the century old, largest computer firm in the USA.

[18] The other indication of corruption via Pacer is Sullivan's violation of 18 USC § 1512(b)(3) as indicated in Pacer 123 and 130 of 06cv4751 *Lindner v IBM, et al.* where I respectively ask and receive permission to write unfettered to the USMS, and then get an OSC for Contempt of Court for telling the possible crime to the federal Law Enforcement Officer.  See also footnote #40 in: 6) "Exhibit 1:  NY Times lists criteria of criminal case for NSA to have standing before SCOTUS"

his statement that I had not filed with the USMS prior to 2012 and that his office

gets all claims and that they are indexed. Auerbach is also an attorney (at least I

assume so – in Washington DC and Virginia, where his workplace resides), and

violated NY Judiciary §487 on "intent to deceive" any Court in NY State by

misleading SDNY USDJ Nathan by saying that all claims are indexed in both his

first and third declaration under the penalty of perjury, but not retracting his

statement that all claims go to his office (they in fact do) and that they are indexed

(which they are **not**, as witnessed by the fact that my phone call in 10 minutes (to

the 2nd of the 2 or more groups reporting directly to Auerbach) found my claim of

Sep/Oct2010 while for a few months, Auerbach insisted to USDJ Nathan that I had

not so filed). It is one thing to try your best, but it's another to mislead the Court to

protect your co-workers and subordinates, and attempt to get a case dismissed by

the judge that the FTCA was not followed, when I did follow the rules, but made a

scrivener's error in not including an amount. To index a claim does not mean that

only perfect claims are indexed, but all incoming claims are recorded, and if my

case 11cv8365 *Lindner v. CSO Newell, et al* had gone into depositions, I would

have gotten (and still need) the specific rulebook on how USMS handles claims[19],

---

[19] In discovery, I could have shown that the USMS GC violated the DOJ rules by
looking at the section on recording and indexing claims, and when to reply, to not
reply, and when to point out errors (or not). USDJ Nathan did not allow this, and
probably let the GC get away with perjury and his law license. I could have
subpoenaed Ms. Sally Smith who would have sworn as true that she worked with

and whether they withhold indexing a claim until it is correct in all details

(doubtful, verging on the inept or corrupt) or that a claim is given an index

reference, and then handled to ensure that the supporting documentation or even a

dollar amount or signature or date or place of event is in there.[20]


If Your Honors feel unwilling or unable or incompetent to instruct a lower Court

Judge to modify her Individual Practices and to obey her Oath of Office and to

commence perjury charges against USMS General Counsel Auerbach

---

US DOJ Office of Inspector General Guido Modano previously, that the DEA/ATF
asked or directed Ms. Smith to put child porn on my PC in order to arrest me for a
crime I did not commit (planting evidence is government misconduct, especially
when such crimes amount to 20 years in prison, that 3 men approached her during
a drug trial in SDNY to ask her to perjure herself to say that I [Peter Lindner]
physically threatened USDJ Sullivan, which would have the side effect of negating
her other testimony to put many people in prison, that the DEA/ATF asked Ms.
Smith to falsely claim in a 911 call to the police that I stole her photo ID when she
had given it to me to hold and placed it in an envelope in my drawer with her
hands (not mine), and also forbade Ms. Smith from contacting me, or writing down
the events in a notarized statement. And finally: that Ms. Sally Smith's life was
threatened in the July-Oct2013 timeframe, and that the DEA/ATF is considering
putting her in witness protection, which would remove her from testifying in my
instant case Case 13-1761 *Lindner v Newell*.
I note that I spoke to Senior Special Agent Guido Modano and sent him a Certified
letter which was accepted as Sr. Special Agent Guido Modano DOJ OIG 1 Battery
Pl NYC recvd  23Apr2013 9414810200830787675666-20130419.pdf (see Exhibit
13).

[20] When I filed the 3rd time in 2012 (with times #1 & #2 in 2010), I got a letter
[available upon request] with a list of defects, as is customary in modern
bureaucracies for the past 50 years or so.

15

- for lying by certifying that all complaints were indexed, when clearly some where not and

- also under NY Judiciary §487 on "intent to deceive" any Court in NY State by making false statements to The Court and not explicitly asking leave as an Officer of the Court for permission to amend such false statements,

then please certify this case for the Supreme Court of the United States to see whether OWBA, Americans with Disability Act (ADA) and also Title VII of the Civil Rights Act[21] of 1964 and the principles of Due Process apply in civil cases.

## 3) **Details**

I wish to put forward in the best[22] appeal possible, and do not want the result of a protracted situation where my case is dismissed as moot perhaps because of my death and of perhaps the planned death[23] of witness Ms. Sally Smith. I hereby

---

[21] I am gay, and have Asperger's Syndrome and have been retaliated against by IBM for joining in 2003 a class action suit United States Court of Appeals, Ninth Circuit, 472 F.3d 1072 (2007) *Syverson v IBM*.

[22] Well, not the "best", but at least a more lawyer-like brief.

[23] Ms. Smith told me the weekend of Sunday, Sep 29, 2013 that she was discussing the witness relocation program, and could not deal with signing a notarized statement that the DEA/ATF did not want her to sign. She had depended on the DEA/ATF to put her in the witnesss relocation program, because of a "slip up" in the DEA/ATF "inadvertently" releasing her identity. In that statement, Ms. Smith would admit that she was asked to plant child porn on my computer. When I gave her the phone to call US DOJ OIG Special (Senior?) Agent Guido Modano, Ms.

16

again note my health issues that I haven't been able to work on my appeal (taking medications Ritalin & Xanax).  Also a (now dismissed) criminal case in NYC has stopped me (perhaps illegally) from getting employment and required me to negotiate on that (with the aid of an attorney) but also to look for another job.  As noted in the summary, while still no attorney, one said he couldn't do it in the remaining month.

That particular *ad hoc* lawyer has been organizing a presentation to groups which may take over the case for him and me, since I can't seem to handle getting a lawyer or a law group on my own.  The seriousness of this case is that

- CI Ms. Smith informed me that my call to her

    o was monitored and

    o reported by a 3rd agency[24] to the DEA/ATF, and

- that same CI later made a call to 911 to get me arrested for **stealing**[25] her

    photo ID,

---

Smith said she knew him and worked with him for years, even though I gave information to Agent Modano to show the real identity of Ms. Smith, which Guido knew all along, but did not confirm it for me.  Thus, the US Government, DOJ and US Attorney know that I was telling the truth on the alleged plots against me (planting child porn on my PC, trying to get the list of my lawyers via Ms. Smith, and having 3 men ask Ms. Smith to lie that I was planning to injure USDJ Sullivan).

[24] NSA? FBI? USMS?

- o when she let me handed it to me the day before,

- o so that she might write an affidavit for my criminal and my SDNY

  case 11cv8365 *Lindner v. CSO Newell, et al.*

- Given that Ms. Smith was both told that she should

  - o not talk to me, and

  - o allegedly offered money and drugs for her agreement on this, and

  - o not write a legal document (notarized, sworn affidavit) for my case

which I wanted to show both the Criminal Judge in NY and USDJ Nathan, I

believe this constitutes a violation of 18 USC § 1512(b)(3), **knowingly**[26]

attempting to hinder, influence or delay the communication to a federal judge

about a possible federal crime.   Ms. Smith was allegedly instructed under no

circumstances except a subpoena (which the DEA/ATF told her they would get

quashed) should Ms. Smith sign any document nor speak to any Law Enforcement

Officer nor a lawyer (hers or mine).   This well may also be illegal. Also, when I

went to my Congresswoman Carolyn Maloney (D-NY), she refused to help, saying

---

[25] See 16) "Exhibit 12:  Additional Reasons for Your Honors at the 2nd Circuit Court of Appeals to act now sua sponte" re Ms. Sally Smith.

[26] A lawyer friend of mine defended the Judge as saying there is no way of establishing what is in USDJ Sullivan's head when he wrote the OSC, so the "knowingly" would not be satisfied.  However, I did within 24 hours inform USDJ Sullivan that his ORDER was illegal, and USDJ Sullivan had the resources of law books, asking the USMS, and his clerks why said ORDER was illegal, as well as asking me.  Ignorance of the law is no excuse, especially for a federal Judge, and especially since I referred in writing to 18 USC § 1512(b)(3) some weeks earlier in a brief to USDJ Sullivan.  [documents upon request]

that she would call the Capitol Police if I contacted her again about impeaching USDJ Sullivan for threatening me with Contempt of Court for my letter to USMS Guccione. I was told by CI Ms. Sally Smith that Congresswoman Maloney later attempted to put pressure on my witness by calling her aged mother in a different US State, where Ms. Smith's mom is not a resident of NY State.

### Why is the 2nd Circuit Court of Appeals oblivious to CSO Newell hitting me at the 2nd Circuit Courthouse?

In a public court of law, care / ease / protection of supplicants must be observed. In the overruling of States' Rights, the Supreme Court of the United States said[27] State Courthouses must be wheelchair accessible. But what was important to me is the mention that the Court Officers laughed[28] at the individual climbing the stairs by dragging[29] his body up stair-by-stair. Similarly, I think the Supreme Court of the United States will reprimand the 2nd Circuit Court of Appeals for refusing to help me a US Citizen going to the 2nd Circuit Court of Appeals' Clerk and being hit by its ostensible Court Security Officer, and not even caring to help me against the offending CSO or joining in my suit to reclaim my rights to not be physically

---

[27] *Tennessee v. Lane*, 541 US 509 - Supreme Court 2004

[28] As the NY Times reported prior to the decision that 'the judge and other courthouse employees "stood at the top of the stairs and laughed at me." ' The entire editorial, in full is in footnote 46 in 8) "Exhibit 4: Sua Sponte and Nostra Sponte" .

[29] " Lane crawled up two flights of stairs to get to the courtroom."

intimidated[30] in a courthouse by its security staff who were sworn to uphold the law.

I feel this instant[31] case is an example of a radical change in doing business, as was *Gideon v Wainwright*[32] in allowing criminal defendants to have lawyers, or *Miranda*[33] in giving warnings. However, my case is about SDNY's (and perhaps

---

[30] I note that USDJ Nathan in a somewhat sexist manner minimized the injury done to me, since if it were done to her, the person / CSO would be in jail. An unprovoked physical assault and batter is wrong in and of itself, not as to whether the person (me) is weak/strong, male/female, Judge/civilian. If effect, USDJ Nathan was like the judge in footnote 28 who laughed at me, just as surely as 'the judge and other courthouse employees "stood at the top of the stairs and laughed at me." ' in *Tennessee v. Lane.*

[31] 11cv8365 *Lindner v. CSO Newell, et al* , also known as: 13-1751 *Lindner v CSO Newell*

[32] The fifth Amendment was invoked:
   "***Gideon v. Wainwright***, 372 U.S. 335 (1963), is a landmark case in United States Supreme Court history. In it the Supreme Court unanimously ruled that state courts are required under the Fourteenth Amendment to the U.S. Constitution to provide counsel in criminal cases to represent defendants who are unable to afford to pay their own attorneys. The case extended the identical requirement that had been explicitly imposed on federal courts under the Fifth Amendment and Sixth Amendment. "
   http://en.wikipedia.org/wiki/Gideon_v._Wainwright

[33] Due process from the 5th Amendment:
   "1966 *Miranda v. Arizona* Supreme Court decision, which found that the Fifth and Sixth Amendment rights of Ernesto Arturo Miranda had been violated during his arrest and trial for domestic violence. (Miranda was subsequently retried and convicted.) "
   http://en.wikipedia.org/wiki/Miranda_warning

the 2nd Circuit Court of Appeals') avoidance of due process (as in *Miranda* &
*Gideon*) and also of corruption (whether it be formal payments of money, promises
of employment, threats of physical intimidation of witnesses, or just the ole-boy-
network / the blue-wall-of-silence of institutional indifference to the rights of the
people).

I note yet again that Ms. Smith claimed that she was instructed to put child porn[34]
on my PC, which leads to trying to find out if she will say that under oath (which
she said she was instructed by the DEA/ATF to not do voluntarily and only under
subpoena, and that the DEA/ATF will move to quash any such subpoena, which
looks like the DEA/ATF already accomplished).  Moreover: why and who has a
store of child porn[35] at the DEA/ATF for use in falsely implicating US Citizens?[36]
Additionally, since when can the ATF be used as a private police force by
disgruntled government employees (read: USDJ Sullivan)?  This is a violation of
the ATF charter.

---

[34] See 6) "Exhibit 2:  Lindner tries to get legal help for FISA/NSA snooping for
connection between child porn, NSA and search warrant not obtained by
DEA/ATF"
[35] Isn't this an explicit violation of Child Pornography laws?
[36] NYC Birth Certificate available upon request.

For all these reasons, I ask for a postponement of 90 days; and that: if this is not possible, then oral argument to Your Honors should be scheduled **since oral argument was improperly denied in lower court**; and if this is not done, that Your Honors certify this to SCOTUS as jurisdictional mischief (or worse) between and among the 3 branches[37] of the federal government.  Oral argument is critical to ascertain the reasons for the alleged perjury and intent to deceive the 2nd Circuit Court of Appeals.  I also list in the "sua sponte" Exhibits (sections noted[38]) what actions the Court can do without additional prompting from me.

---

[37]This is not exhaustive, unfortunately, since I don't know the name of the agency that called Ms. Sally Smith's bosses (Richey of NY) to inform them that Sally had a call or text from me that that agency monitored the line from me, and saw that I was calling a Confidential Informant of the DEA/ATF whose line was monitored (with consent) by Ms. Smith.
1. Executive  Branch:  NSA, DOJ, OIG, USMS General Counsel Auerbach, US Attorney, USMS, DEA/ATF
2. Judicial Branch: USDJ Sullivan and possibly USDJ Nathan
3. Congressional Branch:  Congresswoman Carolyn Maloney (D-NY)

[38] In sections
- 8) Exhibit 4: Sua Sponte and Nostra Sponte
- 16)  Exhibit 12:  Additional Reasons for Your Honors at the 2nd Circuit Court of Appeals to act now sua sponte

**<u>Sworn Signature</u>**

Dated:  Thursday, October 03, 2013 2PM
   New York City, NY

   Respectfully submitted and sworn as true to the best of my knowledge and

ability:

_____

/s/ *Peter Lindner*

Peter Lindner
Appellant Plaintiff Pro Se
1 Irving Place, #G-23-C
New York, N.Y. 10003
home/fax: 212-979-9647
cell:      917-207-4962
email:    nyc10003@nyc.rr.com

| Sworn to before me |
|---|
| _____  October ___, 2013 |
| Notary Public |

23

**4) Exhibit 0: Signed image of Notary Sworn Statement**

**Sworn Signature**

Dated: Thursday, October 03, 2013 2PM
    New York City, NY

    Respectfully submitted and sworn as true to the best of my knowledge and

ability:

/s/ *Peter Lindner*

Peter Lindner
Appellant Plaintiff Pro Se
1 Irving Place, #G-23-C
New York, N.Y. 10003
home/fax: 212-979-9647
cell:     917-207-4962
email:    nyc10003@nyc.rr.com

Sworn to before me

October 3, 2013

Notary Public

**JARETT SAUL**
Notary Public, State of New York
No. 01SA6203432
Qualified in New York County
Commission Expires April 6, 2017

U.S. COURT OF APPEALS
CLERK'S OFFICE
COUNTER 1
RECEIVED
2013 OCT -3 PM 4: 05

24

**5) Exhibit 1: NY Times lists criteria of criminal case for NSA to have standing before SCOTUS**

NY Times, by Adam Liptak, "A Secret Surveillance Program Proves Challengeable in Theory Only," July 15, 2013, Mr. Liptak shows that the Supreme Court of the United States specifically gave the condition(s) for someone to have standing to contest the NSA recording of conversations without a warrant:

> " "Is there anybody who has standing?" Justice Sonia Sotomayor asked.
>
> Yes, said Mr. Verrilli, giving what he called a "clear example." If the government wants to use information gathered under the surveillance program in a criminal prosecution, he said, the source of the information would have to be disclosed. The subjects of such surveillance, he continued, would have standing to challenge the program.

> Mr. Verrilli said this pretty plainly at the argument and even more carefully in his briefs in the case".
> http://www.nytimes.com/2013/07/16/us/double-secret-surveillance.html?pagewanted=all

Here are the reasons[39] why the combination of 11cv8365 *Lindner v. CSO Newell, et al* and the harassment case against me by the NYPD show that I have standing:

> "1)I may be the person needed for a test case of FISA and NSA snooping of email and cell phones, since
>
> 2)I just had a criminal case against me dismissed yesterday in NY State Court, and the witnesses in that case were tampered with by the DEA/ATF their CI (Confidential Informant) whom I shall call "Ms. Sally Smith".

---

[39] Submitted by me in the NY Times comments section below the article.

25

3)The Solicitor General said that no one would have standing to sue, since they would not know if they were recorded or not, UNLESS  they had a criminal case where the wiretapping was used.

I am in that situation.

Ms. Sally Smith informed me that a 3rd government agency had her **monitored** DEA/ATF CI phone from my call, and that 3rd agency asked for what her connection was with me.  4) Ms. Smith was also told not to talk about that or other subjects with me.

The initial government surveillance of me was probably due to my trying to impeach USDJ Sullivan for violating 18 USC 1512(b)(3) when Sullivan threatened me with Contempt of Court for writing a letter to the US Marshal about a possible federal crime.[40]

---

[40] The text of 18 USC § 1512(b)(3)  makes it a crime punishable  by up to 20 years in jail for knowingly **attempting** to hinder the communication of a **possible federal crime** to a **federal law enforcement officer** (or to a federal judge).  USDJ Sullivan did knowingly issue an OSC (ORDER to Show Cause) why I should not be held in contempt for writing USMS Guccione about possible witness tampering by IBM and by the SDNY Pro Se Office and/or Clerk's Office in 06cv4751 *Lindner v IBM, et al.*  Pacer # 130 (10/8/2009):

5)Ms. Smith informed me that she was instructed by the DEA/ATF to file a false police report that I stole her photo ID, when she gave it to me for safekeeping (for a day or I recall it being a week), and there's a 911 report of that.

6)By the way, these acts have cost me tens of thousands of dollars, and possibly missing a job because of the bogus criminal arrest that had tampered witnesses, which my lawyer refused to inform the Court. "

RICHARD J. SULLIVAN, District Judge:

The Court has been forwarded a letter dated October 2, 2009, sent by Plaintiff to the United States Marshals. The letter berates the Court in deeply personal terms, suggesting that the undersigned should be impeached for being corrupt and for receiving bribes from Defendant IBM. The letter is attached to this order.

By order dated September 2, 2009, the Court instructed Plaintiff that all litigants, including pro se litigants, are obligated to treat their adversaries and the Court with respect. This order followed Plaintiff's comparison of the Court to "disgraced President Nixon" and the Nazi collaborators of Vichy France. Accordingly, Plaintiff IS HEREBY ORDERED to show cause why he should not be sanctioned under 18 U.S.C. § 401 for accusing the Court of being corrupt and accepting bribes, in direct contravention of the Court's prior order. Plaintiff shall submit a letter to the Court no later than Wednesday, October 14, at 5:00 p.m.

even though I explicitly asked for permission to write the FBI or USMS, and USDJ Sullivan granted it in Pacer # 123 (9/28/2009) .

With regard to the above-captioned action, the Court's order of September 18, 2009, does not limit Plaintiff's freedom to "[c]ommunicate to the US Marshal," "[w]rite, speak, and visit the SDNY Clerk's Office," or "[c]ommunicate with Congress, the FBI, the US Attorney, [and] the media." Plaintiff's request to file an interlocutory appeal is DENIED, however, as Plaintiff has

Wednesday, July 17, 2013 11:05 PM

## 6) **Exhibit 2: Lindner tries to get legal help for FISA/NSA snooping**

Thank you for your submission. We'll notify you at **ny\*\*\*@nyc.rr.com** when your comment has been approved.

- ○ **[my moniker]**
- ○ NY, NY

1)I may be the person needed for a test case of FISA and NSA snooping of email and cell phones, since

2)I just had a criminal case against me dismissed yesterday in NY State Court, and the witnesses in that case were tampered with by the DEA/ATF their CI (Confidential Informant) whom I shall call "Ms. Sally Smith".

3)The Solicitor General said that no one would have standing to sue, since they would not know if they were recorded or not, UNLESS they had a criminal case where the wiretapping was used.

I am in that situation.

Ms. Sally Smith informed me that a 3rd government agency had her monitored DEA/ATF CI phone from my call, and that 3rd agency asked for what her connection was with me.

4) Ms. Smith was also told not to talk about that or other subjects with me.

The initial government surveillance of me was probably due to my trying to impeach USDJ Sullivan for violating 18 USC 1512(b)(3) when Sullivan threatened me with Contempt of Court for writing a letter to the US Marshal about a possible federal crime.

5)Ms. Smith informed me that she was instructed by the DEA/ATF to file a false police report that I stole her photo ID, when she gave it to me for safekeeping (for a day or I recall it being a week), and there's a 911 report of that.

6)By the way, these acts have cost me tens of thousands of dollars, and possibly missing a job because of the bogus criminal arrest that

had tampered witnesses, which my lawyer refused to inform the Court.

http://www.nytimes.com/2013/07/16/us/double-secret-surveillance.html?pagewanted=all

I also note that there may be no coincidence at all, but rather a calculated move by the DEA/ATF to put child porn on my PC, and then use that as a ruse to get a warrant, since it fits in with the Edward Snowden case as reported this week after Lavabit's Contempt ruling was unsealed on October 2, 2013. So here's the story of

    a) Aug 2013 on the Child Porn and Lavabit, which NSA hacker Edward Snowden used to transmit encrypted messages

and

    b) Edward Snowden's encrypted email service Lavabit was under Court attack, and today 10/2/13 some of the documents were unsealed "But on Wednesday [10/2/2013], a federal judge [Claude M. Hilton] unsealed documents in the case, allowing the tech entrepreneur to speak candidly for the first time about his experiences. "

    a) " Encrypted email isn't secure, but if you must use it, here are some Lavabit alternatives
By Joel Hruska on August 12, 2013 at 10:30 am […]
…
Last week, FBI raids on Freedom Hosting and child porn distributors took down Tor Mail, a secure email provider for users of the Tor network. A few days later, secure email provider Lavabit, which had previously provided whistleblower Edward Snowden with an email address, closed its doors. Its owner left a cryptic message stating he'd been forced to choose between betraying the American people and shutting down. **It's possible that Snowden wasn't the target — a search warrant for child pornography was executed against Joey006@lavabit.com on June 10** — but it's possible that the two cases together had an impact on the decision to shut down the service. "
[**Emphasis** added]
http://www.extremetech.com/extreme/163698-encrypted-email-isnt-secure-but-if-you-must-use-it-here-are-some-lavabit-alternatives

and

b) " On occasion, he was asked to comply with government requests for specific e-mail accounts, including that of a child pornography suspect in Maryland this year. Mr. Levison said he had no qualms about cooperating with such demands, but the latest request was far broader, apparently to allow investigators to track Mr. Snowden's whereabouts and associates. When Mr. Levison called the F.B.I. agent who had left the business card, the agent seemed interested in learning how Lavabit worked and what tools would be necessary to eavesdrop on an encrypted e-mail account.

The agent did not mention at first who the government was pursuing, and Mr. Levison will not name the targets of the government's investigation. The name was redacted from the court order unsealed Wednesday, but the offenses listed are violations of the Espionage Act, and the timing of the government's case coincides with its leak investigation into Mr. Snowden, which began in May when he fled Hawaii for Hong Kong carrying laptops containing thousands of classified documents."
[NY Times, " Lavabit Founder Waged Privacy Fight as F.B.I. Pursued Snowden", front page, Published: October 2, 2013]
http://www.nytimes.com/2013/10/03/us/snowdens-e-mail-provider-discusses-pressure-from-fbi-to-disclose-data.html?hp&_r=0

**7) Exhibit 3: Prima Facie evidence of corruption in SDNY, due to a false "fact" in Westlaw's summary of Lindner's case**

My experience has been USDJ Sullivan violated the law with impunity, and ignored evidence (that I presented) but relied upon IBM's claim that there was no evidence.

This statement in Westlaw's summary is false:

> "In addition, the employer did not speak to anyone at other companies regarding the employee's applications for employment."
> [2010 WL 308725, Only the Westlaw citation is currently available., United States District Court, S.D. New York., *Peter W. LINDNER, Plaintiff, v. INTERNATIONAL BUSINESS MACHINES CORP., Robert Vanderheyden, Heather Christo Higgins, John Doe # 1, and John Doe # 2, Defendants.* No. 06 Civ. 4751(RJS). | Jan. 21, 2010]

And the proof is that Ron Janik, an IBM Employee, spoke to Cathy at Wunderman regarding "info on you and I gave her a positive recommendation."



From: "Ron Janik" <rkjanik@us.ibm.com>
To: "Peter Lindner" <nyc10003@nyc.rr.com>
Sent: Thursday, March 24, 2005 5:11 PM
Subject: Re: ... an interesting illustration, reminiscent of the "orbital diagram"
Hey Pete,

Well, I can't say I killed your dreams - Cathy came to me to ask for info on you and I gave her a positive recommendation. Maybe they just felt you didn't fit their needs. Who knows.

So you're just freelancing? Or are you working with an agency? And what about the rest of life?

*Ron Janik*

**Ronald K. Janik**
Market Data Analyst
Americas Market Intelligence: SMB ibm.com Sales Support
International Business Machines, Inc.
304 Timber Lane
East Peoria, IL 61611-1630
Phone:877-708-2789, Fax:877-708-2789, Tie: 349-0400
e-Mail: rkjanik@us.ibm.com
Success comes when preparation meets opportunity. -- Anonymous

**Figure 1 IBM employee Ron Janik admits to speaking to another company regarding Lindner's employment**

The full text of the email is below.

But, allow me to point out from the excerpt in "Figure 1 IBM employee Ron Janik admits to speaking to another company regarding Lindner's employment" that:
1. This is an email, which IBM said did not exist
2. It is from an IBM'er writing on IBM letterhead at the time (as opposed to being in civilian email) at IBM 304 Timber Lane, …
3. Ron freely admits he spoke to Cathy at Wunderman (my employer to be – see context of full memo)
4. Ron says he spoke well of me for the job
5. QED: "IBM did speak to the hiring manager at the other company regarding the employee's applications for employment "

This is opposite to "the employer did not speak to anyone at other companies regarding the employee's applications for employment". IBM also lied to the judge that there was no relevant email to turn over to me, and when this email was pointed out to IBM, they did not retract their statement to USDJ Sullivan (which is a violation of NY Judiciary 487), and IBM did not explain how this memo was overlooked or that it was (perhaps) bogus / manufactured.

Here's the full Janik email:

33

**From:** "Ron Janik" <rkjanik@us.ibm.com>
**To:** "Peter Lindner" <nyc10003@nyc.rr.com>
**Sent:** Thursday, March 24, 2005 5:11 PM
**Subject:** Re: ... an interesting illustration, reminiscent of the "orbital diagram"

Hey Pete,

Well, I can't say I killed your dreams - Cathy came to me to ask for info on you and I gave her a positive recommendation. Maybe they just felt you didn't fit their needs. Who knows.

So you're just freelancing? Or are you working with an agency? And what about the rest of life?

*Ron Janik*

_____

**Ronald K. Janik**
Market Data Analyst
Americas Market Intelligence: SMB ibm.com Sales Support
International Business Machines, Inc.
304 Timber Lane
East Peoria, IL 61611-1630
Phone:877-708-2789, Fax:877-708-2789, Tie: 349-0400
e-Mail: rkjanik@us.ibm.com
Success comes when preparation meets opportunity. -- Anonymous





**Fuel for Growth**

"Peter Lindner" <nyc10003@nyc.rr.com>

| "Peter Lindner" <nyc10003@nyc.rr.com> | To | Ron Janik/Peoria/IBM@IBMUS |
| --- | --- | --- |
| 03/24/2005 02:58 PM | cc | |
| | Subject | Re: ... an interesting illustration, reminiscent of the "orbital diagram" |

Ron:

It's sort of okay.

I've been working as a consultant, but looking for a full time gig. I got rejected by Wunderman -- Cathy Cooper mentioned you. Hey, is you the dude that killed my dreams?

Yours,


Peter

**Figure 2 full email of IBM'er Ron Janik (in 2 pieces)**

----- Original Message -----
**From:** Ron Janik
**To:** Peter Lindner
**Cc:** Ronald Korsch
**Sent:** Thursday, March 24, 2005 10:05 AM
**Subject:** Re: ... an interesting illustration, reminiscent of the "orbital diagram"

Yeah Pete - how goes it? It's been a while!

*[signature]*

_____

## Ronald K. Janik

Market Data Analyst
Americas Market Intelligence: SMB ibm.com Sales Support
International Business Machines, Inc.
304 Timber Lane
East Peoria, IL 61611-1630
Phone:877-708-2789, Fax:877-708-2789, Tie: 349-0400
e-Mail: rkjanik@us.ibm.com
Success comes when preparation meets opportunity. -- Anonymous

Ronald Korsch/Boulder/IBM

| | | |
|---|---|---|
| **Ronald Korsch/Boulder/IBM** | To | "Peter Lindner" <nyc10003@nyc.rr.com> |
| | cc | Ron Janik/Peoria/IBM@IBMUS |
| 03/23/2005 09:36 PM | Subject | Re: ... an interesting illustration, reminiscent of the "orbital diagram" |

Pete - thanks, we should have applied for a patent. Although this one is a little more complex, and certainly more artistic. How goes it in the Big City?

Ron

Ron Korsch
NA Analytic Consultant
Market Data, Analytics and Analysis
phone - 303-924-5643, t/l 263
fax - 303-924-9341
korsch@us.ibm.com

**Figure 3 continuation of email from Janik**

Here's IBM's claim of no relevant email  which I reference in my filing to the

Securities and Exchange Commission[41]:

> " IBM also alleged (wrongly) to federal judge on June 5, 2009 that all ESI
> had been  turned over when it was not: II. Plaintiff's Letter Motion to
> Compel Electronic Discovery
>
>> Plaintiff also seeks to compel Defendants to produce unspecified
>> electronically stored information in metadata format Plaintiffs
>> suggestion that Defendants have failed to provide electronically stored
>> information is disingenuous as Defendants advised Plaintiff via letter
>> on February 20, 2009 that in responding to discover requests,
>> Defendants searched for had copy and electronically stored records
>> that are responsive and produced any and all such records.
>
> When Mr. Lindner pointed out on June 15,2009 an email sent by IBM
> (specifically by IBM'er Ron Janik) indicating that the prospective employer
> Wunderman had asked for a reference on Mr. Lindner, and that this relevant
> email was not turned over, IBM did not produce the relevant documents, nor
> did IBM explain how this email (from Janik) was overlooked, nor did IBM
> notify the Judge that IBM erroneously sworn that IBM had turned over all
> relevant ESI. "
> [labeled pages 2-3,  but actually pages 10-11 out of 17]

However, IBM rejected my letter to them that they omitted the Janik letter and

violated ORDER 75 (5/29/2009) by refusing to write a joint letter with me

regarding the existence of relevant email from IBM'er Ron Janik speaking to my

prospective employer Cathy Cooper at Wunderman; the Magistrate Judge stated

> "I direct Plaintiff and defense counsel to confer with other, attempt to reach
> a compromise, and then, if necessary, to send me a single joint letter in
> compliance with my Standing Order for Discovery Disputes. "
> [05/29/2009 Pacer #76]

---

[41] http://www.sec.gov/divisions/corpfin/cf-noaction/14a-8/2011/peterlindner012611-14a8.pdf

36

In context it reads;

> "If there is any other dispute about discovery or scheduling, I direct Plaintiff and defense counsel to confer with other, attempt to reach a compromise, and then, if necessary, to send me a single joint letter in compliance with my Standing Order for Discovery Disputes. I am faxing a copy of today's Memorandum and Order to Mr. Richardson (along with my Standing Order for Settlement Conference). I direct Mr. Richardson to send Plaintiff a copy as soon as possible by e-mail or fax. The Docket Clerk should note that the motion at Document #73 has been decided. (Signed by Magistrate Judge Douglas F. Eaton on 5/29/2009) Copies Mailed By Chambers.(jmi) (Entered: 05/29/2009)"

Here's my letter to Magistrate Judge Eaton that IBM omitted the Janik letter:

> " I ask for sanctions for several incorrect statements made to the Court, of which IBM was aware, and which IBM has communicated to Your Honor without correcting its past errors, where IBM alleged no ESI in IBM, yet when I produced one document (an email from IBM's Ron Janik saying he spoke to Cathy Cooper from Wunderman about a job reference for me) which should have been among the many ESI documents that IBM would turn over instead of no ESI, IBM did not alert Your Honor. (Please see Appendix B for the need to get an expert to correct the wrong and misleading statements that IBM made in IBM's June 5, 2009 response to my motion to compel.)

1. At their expense to have a 3rd party expert of my choosing to examine their computers and documents responsive for my requests to produce.

2. In addition, I want a sanction at trial, that the jury be told that reps of IBM communicated with Ron Janik and that IBM said no one did, and inference can be made that IBM was concealing evidence, that would harm their position in court as alleged liability

3. The jury will be told that employees of IBM did speak to Wunderman, and that IBM and their lawyers conspired and then actually did withhold evidence, showing that IBM had violated Title VII of the Civil Rights of 1964, OWBPA, and NYC and NY State Human Rights acts.

37

4. That I be awarded $10,000 as a sanction for a violation of discovery, plus triple damages for the time spent by an attorney, e.g. triple x $400/hour, with me Plaintiff Peter Lindner certifying the time I spent."

["Motion For Sanctions On Defendants For Violating Standing Order", Friday, June 19, 2009]

I also appealed that to the 2nd Circuit Court of Appeals in " Emergency Appeal On Short Order For Temporary Stay And Writ Of Mandamus To The Second Circuit Court Of Appeals " dated Wednesday, August 05, 2009, in which I cited the Janik letter as being omitted without an accounting and that said letter was filed as Pacer #96:

### " Exhibit B2: Ten days later, Lindner gives IBM relevant IBM ESI evidence

I read IBM's assertion of June 5, 2009 that no ESI exists (they incorrectly refer to as "electronically stored records"). This letter is the letter from Ron Janik ("the Janik letter") to Peter Lindner of March 24, 2005 5:11pm.

This is incredibly improbably to the point that the majority of evidence would conclude that this statement is not true.

Then I gave to IBM one relevant piece of ESI.

This one relevant piece of evidence would ordinarily should **trigger** a process where IBM would verify the correctness of that document and then ask:

1. was the Janik letter forged by Peter Lindner,
2. who would have it,
3. where does it reside,
4. why is it not there,
5. why is it there but has been overlooked,
6. should The Court be immediately alerted to an incorrect statement given by the Defendants in writing to The Court as a Defendant response to a Motion to Compel,

38

7. how long would it take to re-do the discovery process to get all such similar documents,
8. is this an isolated error or a systematic error,
9. was this piece of evidence criminally destroyed in violation of IBM's assurances,
10. was this evidence criminally and purposely overlooked in order to not produce all the evidence requested by the Plaintiff and/or FRCP 26 as revised in December 2006,
11. who should be held accountable for this error/criminal act?

The Janik letter that should have been among the hundreds of ESI documents given to Plaintiff Lindner before discovery began, but at least during discovery. But it was not, and IBM did not alert MJ Eaton sua sponte that the Defendants statement was perhaps technically or strictly correct, but in the scheme of discovery was at least an error of omission. When IBM refused to, of their own free volition, act in accordance with FRCP 26, then the error of omission became an error of commission. It became: withholding or destruction of evidence. And this is relevant, for the destruction of evidence would be a fact that should be given to the Jury by The Judge as indicative of hiding the Defendants wrongdoing.

Specifically, this lawsuit accuses IBM of retaliating against Lindner in violation of Title VII of the Civil Rights Act of 1964 by IBM giving a bad reference to Cathy Cooper of Wunderman. In the Janik letter, IBM'er Ron Janik (a friend of mine, Plaintiff Lindner) writes that he was at least one IBM'er who spook to Cathy Cooper of Wunderman in the Feb-Mar2005 time frame that is the limited search window for finding ESI relevant to Lindner asking Wunderman for a job.

## Exhibit B3: The Janik Letter

Here is the Janik letter excerpt, which you can see was filed on Pacer as #96, which Your Honor can read to see the full context: "

There is no response from either IBM nor from USDJ Sullivan.

However, USDJ Sullivan did (falsely, and perhaps with malice aforethought)

write:

> " The adverse action alleged by Plaintiff is that Higgins and Vanderheyden
> provided Plaintiff with negative job references following his termination.
> (SAC ¶¶ 14, 18.) Plaintiff, however, has put forward no admissible evidence
> showing any communication between Higgins and Vanderheyden on the one
> hand and Plaintiff's prospective employers on the other. The closest he came
> was to rely on "IBM's reputation as a really bad retaliatory type company."
> (Aff. of Kevin G. Lauri in Supp. of Defs.' Mot. Ex. C. (Dep. Tr. of **Peter
> Lindner**) at 102:7–8.) The undisputed evidence submitted by Defendants
> shows that no communication took place. (Defs.' 56.1 ¶¶ 25, 33–37.)"

This is patently false, since it is not " The undisputed evidence ", since I disputed

it, although in USDJ Sullivan's defense, he modifies that claim by prudently adding

" undisputed evidence submitted by Defendants " .  Of course, the Defendants

won't dispute their own assertions, but I did so dispute it (as referenced above but

repeated here):

> " I ask for sanctions for several incorrect statements made to the Court, of
> which IBM was aware, and which IBM has communicated to Your Honor
> without correcting its past errors, **where IBM alleged no ESI in IBM, yet
> when I produced one document (an email from IBM's Ron Janik saying
> he spoke to Cathy Cooper from Wunderman about a job reference for
> me)** which should have been among the many ESI documents that IBM
> would turn over instead of no ESI, IBM did not alert Your Honor."
> ["Motion For Sanctions On Defendants  For Violating Standing Order",
> Friday, June 19, 2009, **emphasis** added ]

Needless to say, but I'm forced to say it anyhow, when you listen to IBM, of course

their evidence does not dispute their claims, since they falsely hid their evidence

and refused to answer my objections.

I should add, that it is inconceivable that in 2005,

1. IBM had no relevant emails, and

2. that they overlooked it by accident, and

3. that when I informed them, that IBM did not challenge nor respond to me

4. that IBM did not retract their false statement to the Judge, which is a criminal misdemeanor under NY Judiciary §487 on "intent to deceive" any Court in NY State, for which Lauri could have been disbarred, while giving me treble damages

Also, my appeal to the 2nd Circuit Court of Appeals was tampered with, including a time-stamped version that was on time, and which the 2nd Circuit Court of Appeals wrongly stated that it was not timely filed.  And when I complained to the 2nd Circuit Court of Appeals' Clerk, CSO Newell hit me.

## 8) **Exhibit 4: Sua Sponte and Nostra Sponte**

I request that the Court sua sponte[42]:

1. Join this case with the appeal of 06cv4751 *Lindner v IBM, et al.*

2. Remand this case back to USDJ Nathan with instructions to delete Her Honor's rule[43] which contradicts the oath[44] "do equal right to the poor and to the rich":  " 9. Oral Argument: Unless otherwise ordered by the Court, argument will not be heard in pro se matters."

3. Demand that USDJ Nathan review every case that Her Honor has decided as a USDJ, and re-open every case where that rule #9 on Oral Argument has been applied, similar to the Monica Lewinsky pact.  In other words, if USDJ Nathan misses one case, then she will be impeached for violating the Oath of Office, and made to submit to an inquiry of all sources of money since she was put in the USDJ seat.  If USDJ Nathan chooses to resign, then she must

---

[42] According to Wikipedia: "The form nostra sponte (of our own accord) is sometimes used by the court itself, when the action is taken by a multi-member court, such as an appellate court, rather than by a single judge (third parties describing such actions would still refer to them as 'sua sponte'). "

[43] The rule is in " Special Rules Of Practice In Civil Pro Se Cases - May 23rd, 2012"

[44]  " **28 USC § 453 - Oaths of justices and judges**
Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: "I, XXX XXX, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as XXX under the Constitution and laws of the United States. So help me God.""
http://www.law.cornell.edu/uscode/text/28/453

list all monies paid to her by anyone, to clear her name and to help

apprehend wrong-doers, otherwise she will be sentenced to jail.

4. The Clerk should be ORDERed to investigate whether there is a video tape

of the area where I (Lindner) was allegedly hit by CSO Newell, and if there

is, then bring criminal charges against the USMS for violating their oath of

office.

5. that this case should properly moved to a new venue, under the rule "that the

case should be moved to another judge because of a conflict of interest, even

if all parties disagree"[45]

6. Consider humorously suggesting that the State Judge who laughed at the

disabled person crawling up the stairs[46] in the precursor case to *Lane v*

---

[45] http://en.m.wikipedia.org/wiki/Sua_sponte

[46] The full editorial in the NY Times was:

" Editorial Observer; **Can Disabled People Be Forced to Crawl Up the
Courthouse Steps?**

When George Lane showed up at the Polk County Courthouse with a
crushed hip and pelvis, he had a problem. His hearing was on the second
floor, there was no elevator, and the judge said he had better get upstairs.
Mr. Lane, both of whose legs were in casts, somehow managed to get out of
his wheelchair and crawl up two flights of stairs. "On a pain scale of 1 to 10,
it was way past 10," he says.

 While Mr. Lane crawled up, he says, the judge and other courthouse
employees "stood at the top of the stairs and laughed at me." His case was
not heard in the morning session, he says, and at the lunch break he crawled

*Tennessee* be given an honorary USDJ seat in the SDNY, for keeping with the spirit of USDJ Sullivan and USDJ Nathan.

7. USDJ Sullivan should be asked to explain why his ORDER cited IBM's clear evidence of no communication by IBM to Lindner's possible employer Wunderman, and "forgot" to mention that Lindner gave clear evidence that IBM did speak to Wunderman.

8. ORDER that all documents filed by companies be **<u>searchable</u>** ESI (Electronically Stored Information) as per FRCP 26, subject to sanctions for violations. The fact that none of the opinions and some of the electronic filings are not searchable[47] favors the rich (lawyers) over the poor (pro se litigants with a $2,000 computer), and even the US Government insisted

---

back down. That afternoon, when he refused to crawl upstairs again, he was arrested for failing to appear, and put in jail.

Anyone looking for evidence that a mean mood has descended on the nation need only stop by the Supreme Court Tuesday for the arguments in Tennessee v. Lane. Mr. Lane and other disabled people are suing Tennessee under the Americans With Disabilities Act for failing to make its courthouses accessible. Tennessee, backed by a group of other states, is belittling the claims, and insisting it has immunity to the suit."
[Editorial Observer; "Can Disabled People Be Forced to Crawl Up the Courthouse Steps?," By Adam Cohen, Published: January 11, 2004]
http://www.nytimes.com/2004/01/11/opinion/editorial-observer-can-disabled-people-be-forced-crawl-up-courthouse-steps.html
[47] Please note that there is a precedent in FISA that was just released on October 2, 2013 where the US Government said the release of 11 pages of text in 4 point text (this brief's text in in 14 point) was the subject of sanctions in Lavabit. If the US Government insists on ESI for fulfilling a Court ORDER, then the US Government (US Attorney Bharara) should also give me his documents in ESI format.

upon ESI on a thumbnail drive and got the Judge to fine[48] Levinson for

$10,000.

9.  USDJ Nathan should schedule discovery for this instant case of 11cv8365

*Lindner v. CSO Newell, et al,* within 30 days.

10. Throw the situation of USMS General Counsel Auerbach back to USDJ

Nathan as the 2nd Circuit Court of Appeals did with USDJ Koeltl with

Lynne Stewart[49].  Auerbach should show cause why he should not be held in

---

[48] This is a violation of due process, where the US Government requires via FRCP 26 to have documents in ESI format since Dec2006 via the Supreme Court of the United States, and in 2013 fines a private citizen (and his business) for violating that, but refuses to do that for me, a pro se litigant with far less resources than the NSA and the US Government and DOJ:

> "The full story of what happened to Mr. Levison since May has not previously been told, in part because he was subject to a court's gag order. But on Wednesday [10/2/2013], a federal judge unsealed documents in the case, allowing the tech entrepreneur to speak candidly for the first time about his experiences. He had been summoned to testify to a grand jury in Virginia; forbidden to discuss his case; held in contempt of court and fined $10,000 for handing over his private encryption keys on paper and not in digital form" ["As F.B.I. Pursued Snowden, an E-Mail Service Stood Firm," By Nicole Perlroth and Scott Shane, Published: October 2, 2013]
> http://www.nytimes.com/2013/10/03/us/snowdens-e-mail-provider-discusses-pressure-from-fbi-to-disclose-data.html?hp&_r=1&

[49] The case is *US v Ahmed Abdel Sattar, et al and Lynne Stewart, Defendant-Appellant*, 2nd Circuit Docket No. 10-3185 (Argued: February 29, 2012 Decided: June 28, 2012)  and also United States v. Stewart, 590 F.3d 93, 100- 08 (2d Cir. 2009) ("Stewart I").
http://lynnestewart.org/wp-content/uploads/2012/07/Lynne-Stewart-2nd-Cir-Opinion-6-28-12.pdf

Contempt of Court for filing contradictory statements under the penalty of

perjury, in essence abusing his position as both a lawyer and as the USMS

General Counsel.

11. However, the 2nd Circuit Court of Appeals should have the

authority/competence to ORDER that AUSA Harwood and US Attorney

Preet Bharara should show cause why they should not be held in contempt of

court for their cover-up of the 3rd Declaration of USMS General Counsel

Auerbach and why they did not have a violation of NY Judiciary §487 on

"intent to deceive" any Court in NY State (to wit: the 2nd Circuit Court of

Appeals), and whether they abused their position as lawyers and as US

Attorneys to indignantly not explain this matter in SDNY rather than give a

---

" Judge Koeltl is best known for his October 2006 decision to sentence civil
rights lawyer Lynne Stewart to 28 months in prison for providing material
assistance to a terrorist, her client, 1993 World Trade Center bombing
mastermind Omar Abdel-Rahman, by secretly passing messages to his
radical followers in Egypt. Koeltl sentenced Stewart to 28 months in prison,
rather than the 30 years sought by prosecutors. **The Second Circuit Court
of Appeals found the sentence too light and ordered Koeltl to reconsider
whether that sentence was too light and to take into account the
government's argument that she had committed perjury at her trial and
abused her position as a lawyer. Koeltl cited remarks Stewart had made
after being sentenced that indicated a lack of remorse.** He changed the
sentence to 10 years in prison." [Wikipedia, **emphasis** added]
http://en.wikipedia.org/wiki/John_G._Koeltl

" Koeltl said Stewart had "abused her position as a lawyer" and that her original
sentence was "not adequate."
http://www.nydailynews.com/new-york/lynn-stewart-70-year-old-radical-lawyer-
sentenced-10-years-prison-aiding-bomb-plotter-article-1.466192#ixzz2eLoAzv2W

full exposition. They had an opportunity to review that alleged inconsistency, and also to remedy this problem by a statistical recital of the few times (for example) that they have filed Court documents that may go to a higher Court (the "gee, I didn't realize this was important" excuse), and the 2nd Circuit Court of Appeals could refer the 2 US Attorneys and Auerbach to a special prosecutor for criminal prosecution.

12. That the USMS Counsel and its director of records formally certify if videotapes[50] of the interaction of Lindner with CSO Newell and CSO Muschitiello existed, why and why not, whether they were destroyed, and also if the USMS has records of Ms. Sally Smith on the days she was in the SDNY, so as to find out if she was approached by 3 men, which would corroborate Ms. Smith's allegation of an attempt to intimidate, influence or

---

[50] This is documented as a request by Robert Ellenport, Esq. to USMS Howard in Exhibit 11), where attorney Robert Ellenport specifically asks the USMS for the videotapes of the 2 CSO's: "who the two CSO's are (via the video tapes, which Bob will move to preserve).":

" My friend Bob Ellenport [, Esq] is calling US Marshal Howard ("USM"), who is on vacation this week.

Bob and I spoke to that USM and the USM said all communications to the 2nd Circuit (and SDNY ?) should go directly to the USM; eg. a letter to the 2nd Circuit Court of Appeals is to be sent to Bob, who will send it to the USM who will send it to the 2nd Circuit Clerk.

Now, a xxxxx [Ms. Sally Smith said that] CSO's (Court Security Officers) tried to get [Ms. Smith] to say that I threatened SDNY USDJ Sullivan. Bob has sent an email on that to the USM, and I spoke to the Assistant US Attorney xxxxx [an AUSA who is not Harwood] who will talk to [Ms. Sally Smith] (and not me) about that attempt to suborn perjury last week, while [Ms. Smith was] outside. This will corroborate what [Ms. Sally Smith] said (by the US Attorney xxxxx [an AUSA who is not Harwood]), and who the two CSO's are (via the video tapes, which Bob will move to preserve)."

threaten a witness in violation of 18 USC § 1512(a & b), and who maintains a listing of all videotapes in the 500 Pearl Street Office, with the goal of determining whether USMS misled Robert Ellenport, Esq. that no such video tapes exist, and perhaps also misled USDJ Nathan on the tapes' existence.

**9) Exhibit 5: the inconsistent (aka perjured) statements of USMS General Counsel Auerbach**

Note that the 3rd Declaration[51] of USMS General Counsel Auerbach has the "truth", and contradicts the bland, sworn[52] assertion of 27Jun2012.

The first declaration 27Jun2012 and the third declaration is 12Oct2012, which means the documents were "lost" and clearly not "indexed" as USMS General Counsel Auerbach, Esq. asserted to the SDNY Court in violation of NY Judiciary §487 on "intent to deceive" any Court in NY State:

> "3. As a routine business practice, this office [of USMS General Counsel Auerbach] maintains a record of each such claim. The claims are indexed by claimant."

Why did Auerbach not throw himself upon the mercy of the Court for his error? And the answer is: endemic corruption of the SDNY and the USMS. Why didn't USDJ Nathan not summon Auerbach and the AUSA to explain why their offices tried to mislead the court? Again: USDJ Nathan had an obligation to other parties,

---

[51] Document 97-8 Filed 04/12/13
[52] Document 93-1 Filed 9Apr2013 First Sworn under Perjury Declaration of USMS General Counsel Auerbach that is contrary to Third Sworn under Perjury by him

and refused to treat the "rich and the poor" equally.  Why did the AUSA and the

US Attorney both "neglect" (I would rather say: why did they feel secure in hiding

their errors?) to include the 3rd Declaration in the PACER record?  Because they all

felt comfortable in violating the laws and customs of NY State and of the USA in

hiding their mistakes and/or perjury, knowing that they'd have no consequence to

their actions.  In fact, the US Attorney exclaimed[53] that he need not defend himself,

which is something only a despot would proclaim when confronted with evidence

of breaking a law by not docketing evidence[54] of perjury until 4 days after I filed

the evidence on Pacer; here's the quote: "these allegations – which are entirely

baseless and which this Court has previously disregarded—merit a response."  In

fact, then Bharara and Harwood do not give a response or explanation.  At least a

child will say that the dog ate his homework, but these two errant attorneys do not

suggest why they forgot to file a document which contradicts the sworn testimony

of their clients.


And here's the context in what I humorously call "Figure 4  US Attorney Preet

Bharara is shocked, shocked at allegations against him":

---

[53] Document 101 Filed 04/17/13
[54] Document 99 Filed 04/16/13; 26 Pages

Dear Judge Nathan:

This Office represents the Federal Defendants in the above-referenced lawsuit, in which Plaintiff is pursuing *pro se* claims under the Federal Tort Claims Act and *Bivens*. On March 26, 2013, this Court issued an Opinion and Order dismissing this case as to both the Federal Defendants and the CSO Defendants. On April 15, 2013, this Court issued an Order denying Plaintiff's motion for reconsideration. Plaintiff has since filed a document titled, "Motion to USDJ Nathan Regarding AUSA Unsuccessful Intent to Deceive," in which he renews his prior allegations that attorneys is this Office and the USMS have acted unethically in litigating this case. We write respectfully not because these allegations — which are entirely baseless and which this Court has previously disregarded — merit a response, but because we are uncomfortable allowing such allegations to remain on the docket unanswered. Accordingly, we write only to underscore that we stand behind the positions we have taken in this case and absolutely reject any suggestion of improper conduct.

**Figure 4  US Attorney Preet Bharara is shocked, shocked at allegations against him**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER LINDNER,
  PLAINTIFF,

v.

NEWELL, ET AL.,
  DEFENDANTS.

)
)
)
)
)
)
)
)
)

CIVIL NO. 11-CV-8365

## DECLARATION OF GERALD M. AUERBACH

I, Gerald M. Auerbach, declare the following to be true and correct:

  1. I am the General Counsel for the United States Marshals Service, Department of Justice, Arlington, Virginia and am responsible for overseeing the administrative tort claims received by this office.

  2. This office is the custodian of agency records relating to the filing, evaluation, and disposition of administrative claims presented to the United States Marshals Service under the Federal Tort Claims Act (FTCA). All such claims are forwarded to the Office of General Counsel for disposition.

  3. As a routine business practice, this office maintains a record of each such claim. The claims are indexed by claimant.

  4. On June 26, 2012, this office searched the FTCA claim records to determine whether a claim was presented to the United States Marshals Service by plaintiff arising out of the incident described in the complaint.

  5. The review of the FTCA claim records did not reveal any FTCA claims presented to the United States Marshals Service by plaintiff arising out of the incident described in the complaint.

  I declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

               Gerald M. Auerbach
               General Counsel
               United States Marshals Service
               Arlington, Virginia 22202
               (202) 307-9054

Executed on:  6 / 2 7 / , 2012

**Figure 5 The first declaration 27Jun2012**

**10)**    **Exhibit 6 The Form 95 filed Sunday Sep 8, 2013 against Auerbach, Harwood & Bharara**
This is a 16 page letter, of which I show pages 1-4, with headings
   **a)**    **Cover Letter Sep 8, 2013 to DOJ OIG via certified mail, cc: Auerbach, USMS, et al**

Sunday, September 08, 2013 1:46 PM
Via fax, USPS and email

> Sent by Certified with Return
> Receipt (Signature) to DOJ OIG:
> 9414810200830947028981

U.S. Department of Justice
Office of the Inspector General
Assistant Inspector General for
Investigations
1425 New York Avenue, N.W., Suite 7100
Washington, D.C. 20530-2001

Gerald M. Auerbach, General Counsel
U.S. Marshals Service
2604 Jefferson Davis Highway
Alexandria, VA 22301

Dear DOJ OIG Eric Johnson and USMS General Counsel Auerbach:

You [USMS General Counsel Auerbach] filed 3 inconsistent (or perjured) documents with USDJ Nathan under the penalty of **perjury**, in which you state that
1. you index all complaints, and that
2. Lindner did not submit any complaint prior to 2012
3. Lindner and the DOJ OIG did submit complaints in Sep/Oct 2010

As you can see, statements #2 & #3 are contradictory, and thus possible perjury. (Excerpts of your sworn statements below, with the full document on Pacer.) You ostensibly explained that to USDJ Nathan, but you were unavailable for deposition / cross-examination due to the perfidy of the US Attorney Bharara.

But let's dwell a moment on #1, which you repeated in all 3 sworn documents:

> "3. As a routine business practice, this office [of USMS General Counsel Auerbach]
> maintains a record of each such claim. The claims are indexed by claimant."

Did you find out why my documents were not indexed? How many other documents were not indexed? Who was responsible for not indexing my complaint along with the complaint issued to **you** by the DOJ OIG?

In other words, if you can't even keep track of complaints forwarded to you by your superiors at DOJ, and that the group that had my complaint (Investigate group) reports directly to you (according to a phone conversation with them where that group confirmed in 5 minutes what you could not do in 2 months they had my complaint), and thus I feel you are still misrepresenting the "state" of you bland assertion that "As a routine business practice, this office maintains a record of each such claim. The claims are indexed by claimant."

As a computer specialist with 2 degrees from MIT (one of which is in Management Information Systems), we call that double entries in a data base. That is to say, when one database is corrected, the other entry is still not affected. Instead: all entries should be on one database.

And your statement should have read, but did not, " As a routine business practice, this office attempts to maintain a record of many claims. The claims are sometimes indexed by claimant, however in the past, as well as in Mr. Lindner's case, we have not been diligent in this regard, but consider this beyond our ability to evaluate, determine, correct and report upon."

So, let me ask that you promptly write me as to how many records were in the 2nd database (d/b)which your group found in 10 minutes, and how many times in the past decade have you

1

made the assertion that "2. … All such [FTCA] claims are forwarded to the Office of General Counsel for disposition", when in fact you claim that some of the claims were not indexed or forwarded to you? I think this is where you provide a full, documented response, along with tendering your resignation, and acquiring a lawyer. In other words: have I been the only person who has not been indexed, or has the entire 2nd d/b been not indexed, perhaps with bureaucratic indifference or malice aforethought? And have Bharara and Harwood ever filed documents on Pacer with respect to appeals to the 2nd Circuit Court of Appeals, and if so, have they sometimes unintentionally or with malice aforethought not included documents in the Pacer record, with the (intended / unintended but beneficial effect to the US Attorney's clients) effect of keeping the mistakes or perjury secret from the higher court, and doing so without explanation? In other words: is this a pattern of behavior, or dog-nab-it: Peter Lindner is the only plaintiff ever treated like this.[1]

I hereby wish to make a claim under the FTCA (attached notarized Form 95) in the amount of $2.5million dollars for intentional perjury, subversion of the spirit (and letter of the law) of NY Judiciary §487 on "intent to deceive" any Court in NY State by an attorney (which you are), and failure to correct such actions on the PACER record (aided and abetted by Bharara). NY Judiciary §487 is a criminal misdemeanor, with treble damages (thus $7.5million) plus disbarment of the attorneys: Bharara, Harwood, Auerbach. I am aware that this must be approved by the US AG Eric Holder, who hopefully will inaugurate compliance with the spirit of the FTCA (if not the letter of the procedures) in requiring a response to each complaint, and ensuring that any past statement to Courts in NY State (and other Courts) are correct in all details, including whether "all" complaints are received, indexed, and then hopefully responded to by phone and mail and email.

Sworn as true as is the accompanying Form 95 dated 9/8/2013,

*Peter Lindner*

/s/ Peter Lindner
1 Irving Place, Apt. G-23-C
NY, NY 10003
home/fax: 212-979-9647
cell: 917-207-4962
email: nyc10003@nyc.rr.com

---

[1] I am reminded of the joke:

> "A man receives a letter about his hotel stay where there were cockroaches in his room. The letter read:
> 'Sir:
> Please forgive the incredible and unfortunate appearance of cockroaches in your room. This has never happened to us before, but please accept our forgiveness, and hope your next stay at our hotel will not be marred by such events.'

As the man reads the letter, a small piece of paper falls out of the envelope, which reads:

> 'Mary: send this guy the cockroach letter.' "

2

cc:

Office of the General Counsel
Gerald M. Auerbach, General Counsel
U.S. Marshals Service
2604 Jefferson Davis Highway
Alexandria, VA 22301
Voice: 202-307-9054
Fax:   703-308-0058
Email: gauerbach@usms.doj.gov

U.S. Department of Justice
Office of the Inspector General
Assistant Inspector General for
Investigations
1425 New York Avenue, N.W.,
Suite 7100
Washington, D.C. 20530-2001
For Federal Express/UPS:
use zip code 20005
Voice  202-616-4760
Fax 202-616-9881
oig.hotline@usdoj.gov

SDNY US Attorney Preet Bharara
Christopher B. Harwood, Assistant US
Attorney (AUSA)
86 Chambers St, 3rd Floor
NY, NY 10007
Phone: 212-637-2728
Fax: 212-637-2786
Email: Christopher.Harwood@usdoj.gov

Jennie Woltz, Esq., an Associate
Kurt Peterson, Esq.  Partner
Littler Mendelson
900 Third Ave, 7th Floor
NYC 10022

Phone: 212-583-2689
Fax: 212-832-2719
Email: jWoltz@littler.com

United States Marshals' Service
Office of General Counsel
Washington, DC 2053!11 000

55

## b) **Appendix 1: The false statement of USMS General Counsel Auerbach**

**Appendix 1: the false statement of USMS General Counsel Auerbach**

This shows filing under penalty of perjury by a lawyer USMS General Counsel Auerbach, which is subject to NY Judiciary §487 on "intent to deceive" any Court in NY State. I believe (and I'm not licensed to practice in NY) that ignorance of the law is no excuse, and also: The US Attorney could have informed Auerbach of the consequences of misleading any Court in NY State.

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER LINDNER,
    PLAINTIFF,
v.

NEWELL, ET AL.,
    DEFENDANTS.

CIVIL NO. 11-CV-8365

**DECLARATION OF GERALD M. AUERBACH**

I, Gerald M. Auerbach, declare the following to be true and correct:

1. I am the General Counsel for the United States Marshals Service, Department of Justice, Arlington, Virginia and am responsible for overseeing the administrative tort claims received by this office.

2. This office is the custodian of agency records relating to the filing, evaluation, and disposition of administrative claims presented to the United States Marshals Service under the Federal Tort Claims Act (FTCA). All such claims are forwarded to the Office of General Counsel for disposition.

3. As a routine business practice, this office maintains a record of each such claim. The claims are indexed by claimant.

4. On June 26, 2012, this office searched the FTCA claim records to determine whether a claim was presented to the United States Marshals Service by plaintiff arising out of the incident described in the complaint.

5. The review of the FTCA claim records did not reveal any FTCA claims presented to the United States Marshals Service by plaintiff arising out of the incident described in the complaint.

I declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Gerald M. Auerbach
General Counsel
United States Marshals Service
Arlington, Virginia 22202
(202) 307-9054

Executed on: 6/27, 2012

4

**c) <u>Appendix 2: the "revised" false statement of USMS General Counsel Auerbach</u>**

Please note on page 7 of the 16 page letter, USMS General Counsel Auerbach contradicts his filed document by admitting that his own office received two documents from me in ¶5:

> 5. On September 24, 2012, my office (the Office of General Counsel) learned that the Office of Inspection had received two complaints from plaintiff Peter Lindner. The first led to a case (#10-0519) being opened on September 30, 2010. This case was closed on October 20, 2010. The second led to a case (#11-0056-I) being opened and closed on November 3, 2010.

Here's the revised statement in context with my explanation:

**Appendix 2: the "revised" false statement of USMS General Counsel Auerbach**

This is an excerpt of 10/12/2012, since the full document is 26 pages long, and was not filed on Pacer until I did so in Document 97-8 Filed 04/12/13. Then only belatedly did Bharara file Document 99 on 04/16/13 ( 26 pages), a half year after the fact, depriving the 2nd Circuit Court of Appeals from having a record

1. of the "mistake" that Lindner did file prior to 2012, and that
2. not all records are "indexed", and
3. perhaps tellingly, some are "filed" by killing them without a response,

perhaps in contradiction to policies of the DOJ and of the OIG and the USMS on replying to complaints, listing their defects, or even announcing that they have been rejected. I believe in Roman times, when a prayer was said to the Gods, and one made a mistake, the entire prayer would be repeated from the beginning. And in medieval times, if a wrong form was used, the King would reject the entire document (prior to scrivener errors[2]). Apparently, the DOJ acquiesces to such incompetence or perhaps intended coverups by allowing the US Attorney to keep these mistakes off the radar of the superior Court(s) and by burying it in a footnote, instead of investigating if this mistake was random or deliberate or even institutionally allowed (such as having a "tickee mark" on certain files so that they are handled differently, with plausible deniability).

Please note that the US Attorney refused to meet with me prior to this event when I wanted to give AUSA Harwood the name/address of the alleged Confidential Informant (CI) Ms. Sally Smith without jeopardizing her life. Ms Smith provided me with a credible account that she testified in a DEA/ATF case in SDNY and was accosted by 3 men who attempted to tamper with her testimony about me, and that the case had sent hit men to kill her.

> From: Peter Lindner [mailto:nyc10003@nyc.rr.com]
> Sent: Thursday, September 13, 2012 9:35 AM
> To: Harwood, Christopher (USANYS)
> Subject: Re: FYI I called Preet to set up an appt.
>
> Given the Watergate aspects of this with Executive Branch
> misconduct, including YOUR office's witness Ms. Sally Smith
> being accosted in the SDNY Courthouse when she was providing

---

[2] A scrivener's error is "the unintentional … omission of a word… or figure in writing … something on the record are all examples of clerical or scrivener's error. Such an error is made by mistake and not purposely and so should be readily remedied without objection. "

" Clerical error or Scrivener's error is an error due to a minor mistake or inadvertence and not one that occurs from judicial reasoning or determination. It can be a mistake made in a letter, paper, or document that changes the meaning of the same. **Typographical errors or the unintentional addition or omission of a word, phrase, or figure in writing or copying something on the record are all examples of clerical or scrivener's error. Such an error is made by mistake and not purposely and so should be readily remedied without objection.** For example, if the amount of money owed to a plaintiff by the defendant is mistakenly recorded by a court reporter as $50 rather than $500, then the plaintiff is not bound by this since it is only a clerical error. An error of this nature can be rectified by the court acting sua sponte, on its own, or on the motion of either party once the court learns of the error. In case parties to a contract make an oral agreement which when reduced to writing, is mis-transcribed, the aggrieved party is entitled to reformation so that the writing corresponds to the oral agreement.
Scrivener's error has also been cited in many appeals cases when the appellate court reverses the trial court's decision. [Ortiz v. State, 600 So. 2d 530, 532 (Fla. Dist. Ct. App. 3d Dist. 1992)]
Clerical error or Scrivener's error is also termed as Vitium Clerici." [**emphasis** added]
http://definitions.uslegal.com/c/clerical-error-scriveners-error-vitium-clerici/

5

testimony on behalf of your office of the US Attorney, and
get being asked to perjure herself.

You can verify the date of the incident and confirm what I
told / wrote you, and help me determine if she is credible -
- or a delusional liar--, so that we can see if your office
leaked her appearance in order that she or me be set up for
a felony.

You don't think that is worthy of a half hour sit down?

Regards, Pete Lindner...
Sent from my iPhone 917-207-4962

On Sep 12, 2012, at 11:35 PM, "Harwood, Christopher
(USANYS)" <Christopher.Harwood@usdoj.gov> wrote:

> Peter,
>
> As I mentioned in my email on Monday, I have been on a
business trip and will be returning to the office tomorrow.
I have a number of matters to attend to tomorrow (including
finalizing a brief in another case that is due on Friday),
but will review your recent filing as soon as possible and
let you know in what form my Office will be responding to
your allegations regarding Mr. Auerbach's declaration -- I
anticipate it will be in the government's reply brief.
>
> Regards,
>
> Christopher B. Harwood
> Assistant United States Attorney
> Southern District of New York
> 86 Chambers Street
> New York, NY 10007
> Telephone:  (212) 637-2728
> Facsimile:  (212) 637-2786
> Email:  christopher.harwood@usdoj.gov

But then afterwards Oct 12, 2012, had a new, better reason for not meeting with me:

> Given the tenor of Plaintiff's filings in this case and prior communications to us
and the USMS, we have not conferred with him regarding the discovery stay we are
seeking.  We assume that Plaintiff will oppose the requested relief.

This is really callous, and as they say in nuclear war, this is a "counter value" deterrent (as opposed to a
"counter force" deterrent).  In other words, AUSA Harwood deterred me from revealing Ms. Smith's
identify by making it so that if I told him in an "insecure way" (e.g. email or USPS mail) of her actual
identity, it would run counter to my value of Ms. Smith's life and would stop me from informing the US
Attorney's office of the attempted violation of 18 USC § 1512(b) via bribes and delays, and possibly

6

worse: 18 USC § 1512(a) via revealing her identity to the mob whom she put away in DEA/ATF business.

Here's the 3rd Declaration of USMS General Counsel Auerbach, which conveniently omits that perjury indicates that statements should not be contradicted by one's prior sworn statements.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER LINDNER,
    PLAINTIFF,

v.

NEWELL, ET AL.,
    DEFENDANTS.

CIVIL NO. 11-CV-8365

## THIRD DECLARATION OF GERALD M. AUERBACH

I, Gerald M. Auerbach, declare the following to be true and correct:

1. I am the General Counsel for the United States Marshals Service, Department of Justice, Arlington, Virginia and am responsible for overseeing the administrative tort claims received by this office. I submit this declaration in further support of a pending motion to dismiss the above-referenced lawsuit.

2. This office is the custodian of agency records relating to the filing, evaluation, and disposition of administrative claims presented to the United States Marshals Service under the Federal Tort Claims Act (FTCA). All such claims are forwarded to the Office of General Counsel for disposition.

3. As a routine business practice, this office maintains a record of each such claim. The claims are indexed by claimant.

4. The United States Marshals Service, Office of Inspection, maintains a separate record of complaints received by it.

5. On September 24, 2012, my office (the Office of General Counsel) learned that the Office of Inspection had received two complaints from plaintiff Peter Lindner. The first led to a case (#10-0519) being opened on September 30, 2010. This case was closed on October 20, 2010. The second led to a case (#11-0056-I) being opened and closed on November 3, 2010.

6. On October 4, 2012, my office obtained a copy of the complaints that led to the case openings referenced above in paragraph 5. These complaints were forwarded to my office by the Office of Inspection. Neither of these complaints was treated by the United States Marshals Service as an FTCA claim. Indeed, prior to October 4, 2012, neither of the complaints had been forwarded to the Office of General Counsel. Accordingly, neither of the complaints was entered into the United States Marshals Service's FTCA claims database. A true and correct copy of the complaint for case 10-0519 (as received by my office from the Office of Inspection) is attached hereto as Exhibit A, and a true and correct copy of the complaint for case 11-0056-I (as received by my office from the Office of Inspection) is attached hereto as Exhibit B.

7

I declare, under penalty of perjury pursuant to 28 U.S.C. §1746, that the foregoing is true and correct.

Gerald M. Auerbach
General Counsel
United States Marshals Service
Arlington, Virginia 22202
(202) 307-9054

Executed on: 10/12, 2012

Note that Auerbach did not explain how such a mistake occurred or whether it was an isolated occurrence or one of several hundred such non-indexing, and what the rules for filing are within the USMS and within the DOJ, and within the US Government Executive Branch.

The statement # 6 in the 10/12/2012 is a lie, in that Auerbach (usually felons are not treated to honorifics) states quite clearly "Neither of the complaints was treated by the USMS as an FTCA complaint", whereas USDJ Nathan in her stunning legal acumen states that the complaints were FTCA complaints merely (and fatally) lacking the dollar amount of damages[3]:

> present action because his letters were all missing information that must be included before the
>
> administrative requirement can be fulfilled. "For purposes of the provisions of 28 U.S.C.
>
> 2401(b), 2672, and 2675, a claim shall be deemed to have been presented when a Federal agency
>
> receives from a claimant . . . an executed Standard Form 95 or other written notification of an
>
> incident, **accompanied by a claim for money damages in a sum certain** for injury to or loss of
>
> property, personal injury, or death alleged to have occurred by reason of the incident."
>
> (emphasis added).

In context, the Honorable USDJ Nathan opined:

---

[3] Below and in Document 90 Filed 03/26/13.

8

present action because his letters were all missing information that must be included before the

administrative requirement can be fulfilled. "For purposes of the provisions of 28 U.S.C.

2401(b), 2672, and 2675, a claim shall be deemed to have been presented when a Federal agency

receives from a claimant . . . an executed Standard Form 95 or other written notification of an

incident, **accompanied by a claim for money damages in a sum certain** for injury to or loss of

property, personal injury, or death alleged to have occurred by reason of the incident."

(emphasis added).

　　　None of Plaintiff's alleged letters state "a claim for money damages in a sum certain." 28

C.F.R. § 14.2. Letters that do not contain a demand for a sum certain do "not constitute the filing

of a formal administrative claim for FTCA purposes." *Johnson v. Smithsonian Inst.*, 189 F.3d

180, 190 (2d Cir. 1999); *Liriano v. ICE/DHS*, 827 F. Supp. 2d 264, 269 n.3 (S.D.N.Y. 2011);

*Rainwater v. United States*, 2010 WL 5248585, at *4 (S.D.N.Y. Dec. 15, 2010). This is because

the purpose of requiring a statement of damages is to ensure that "the Notice of Claim provide[s]

sufficient information both to permit an investigation and to estimate the claim's worth." *Keene*

*Corp. v. United States*, 700 F.2d 836, 842 (2d Cir. 1983) ("It seems clear to us that a claim which

includes 'an additional amount yet to be determined,' which may dwarf the sum stated, is a

request for damages so indefinite as to fail to satisfy the statutory purpose. Faced with a

reservation as to future damages which may entail huge sums, government officials cannot

possibly evaluate the claim with a view to settlement."). Because the letters that Plaintiff

allegedly submitted to various federal agencies did not include a claim for money damages stated

in a sum certain, they did not constitute a formal administrative tort claim against the USMS.

**Figure 1 USDJ Nathan dismissing suit since FTCA claim did not have dollar damages amount**

In 'Figure 4 Harwood asking for a "limited stay" which lasted entire trial, and in Footnote 1 casually
rebuffing attempt to give information of witness tampering', please note that "Plaintiff will not be unfairly
prejudiced by the limited stay we are requesting." Yet, I was severely prejudiced by being unable to
cross-examine Auerbach on his alleged perjury and his "all" complaints and his complete "indexing".

9

Using the logic of USDJ Nathan that I did not have a complaint since it did not have a "sum certain" dollar amount of damages, USMS General Counsel Auerbach should have written: 'we do not index claims until they are complete and perfect', which is quite different from indexing all received complaints. In fact, Auerbach and Nathan differ (who has priority in such a situation?), since USDJ Nathan feels it is not an FTCA complaint unless it has all the elements, and the USMS indexes all received complaints (as opposed to perfected complaints).

Here's what Auerbach writes in his 3rd filing to excuse his perjury in his first statement:

> 3. As a routine business practice, this office maintains a record of each such claim. The claims are indexed by claimant.
>
> 4. The United States Marshals Service, Office of Inspection, maintains a separate record of complaints received by it.

USMS General Counsel Auerbach does not mention that the USMS Office of Inspection reports to him, and thus should be "indexed", nor does Auerbach seem contrite for this error, nor does he even attempt to remedy the situation in the future. Some people (such as me) would say "all" doesn't mean "some", and if Auerbach has say 2 or more groups reporting to him, then saying nothing was filed by me prior to 2012 would be false, if Auerbach only looks at one of the many groups reporting to him.

> 2. This office is the custodian of agency records relating to the filing, evaluation, and disposition of administrative claims presented to the United States Marshals Service under the Federal Tort Claims Act (FTCA). All such claims are forwarded to the Office of General Counsel for disposition.

10



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, New York 10007

April 16, 20[?]

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: APR 1 6 201[?] |

*BY EMAIL: NathanNYSDChambers@nysd.uscourts.gov*
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Lindner v. Court Security Officer (CSO) Newell, et al.*
11 Civ. 8365 (AJN) (MHD)

Dear Judge Nathan:

This Office represents the Federal Defendants in the above-referenced lawsuit, in which Plaintiff is pursuing *pro se* claims under the Federal Tort Claims Act and *Bivens*. On March 26, 2013, this Court issued an Opinion and Order dismissing this case as to both the Federal Defendants and the CSO Defendants. On April 15, 2013, this Court issued an Order denying Plaintiff's motion for reconsideration. Plaintiff recently contacted me asking why a letter I had submitted to the Court on October 12, 2012 (which contained substantive argument and attached several documents) was not posted on the docket. To ensure that the record is complete in the event of an appeal, I respectfully request that the October 12, 2012 letter be docketed. For the Court's convenience, I am submitting herewith a courtesy copy of that letter with the attachments.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2728
Facsimile: (212) 637-2786

---

**Figure 2 After the fact inclusion of document correcting alleged perjury by Auerbach**

11



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street, 3rd floor
New York, New York 10007

October 12, 2012

*BY EMAIL: NathanNYSDChambers@nysd.uscourts.gov*
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: *Lindner v. Court Security Officer (CSO) Newell, et al.*
> 11 Civ. 8365 (AJN) (MHD)

Dear Judge Nathan:

This Office represents the Federal Defendants in the above-referenced lawsuit, in which Plaintiff is pursuing *pro se* claims under the Federal Tort Claims Act ("FTCA") and *Bivens*. The Federal Defendants have moved to dismiss the complaint, and briefing on their motion was completed on September 22, 2012. We write respectfully to request: (1) a stay of discovery pending resolution of the Federal Defendants' motion to dismiss; and (2) leave to file the attached declaration in further support of that motion. The declaration attaches copies of two complaints that the United States Marshals Service's ("USMS") Office of Inspection received from Plaintiff in 2010. We referenced these complaints in a September 25, 2012, letter to the Court, and Plaintiff has since contacted the USMS directly seeking copies of these complaints. As discussed below, the complaints corroborate the Federal Defendants' showing that Plaintiff did not properly exhaust his administrative remedies under the FTCA prior to filing this lawsuit.

While our motion papers already demonstrate that the complaint should be dismissed, it would be beneficial to supplement the record to include the above-referenced complaints. This is especially true because since we submitted our September 25, 2012, letter, Plaintiff has sent this Office numerous emails, and left us multiple voicemails, making baseless allegations of misconduct against us and the USMS. He maintains that the fact that the Office of Inspection received the two complaints in 2010 confirms that: (1) he submitted an FTCA claim to the USMS in 2010; and thus (2) our position — and the statements in the USMS's prior declarations — that he did not submit an FTCA claim to the USMS prior to filing this lawsuit are false. Additionally, Plaintiff has contacted at least two current employees of the USMS directly in an attempt to obtain the Office of Inspection complaints.

---

**Figure 3 Letter 1/2 year earlier by AUSA Harwood: 4/16/2013 v 10/12/2012**

12

Page 2

Accordingly, with this letter, we are submitting copies of the Office of Inspection complaints. *See* 10/12/12 Auerbach Decl. ¶ 6 & Exs. A, B. A review of these complaints confirms that they lacked information sufficient to put the USMS on notice that Plaintiff was pursuing a tort claim against it. Neither of the complaints includes a claim for money damages — much less the requisite claim for money damages in a sum certain. *See* 28 C.F.R. § 14.2(a). In fact, the complaints assert that the conduct described therein violated various criminal statutes; thus, Plaintiff appears to have been seeking criminal prosecutions rather than civil damages. *See* 10/12/12 Auerbach Decl. Exs. A, B. In addition, the complaints focused on the alleged conduct of CSO Newell and Judge Sullivan — individuals who are not employed by the USMS. *See id.* Complaints like these — which lack a claim for money damages in a sum certain, as well as other basic information necessary to put an agency on notice that the claimant is pursuing a tort claim against it — do not qualify as FTCA claims sufficient to satisfy the FTCA's exhaustion requirement. *See* Fed. Def. Reply Mem. 4-5 (citing cases).

We also respectfully request that the Court stay all discovery pending resolution of the Federal Defendants' motion to dismiss. The motion is fully briefed, and the arguments raised therein are compelling and fully dispositive. Moreover, no amount of discovery could cure the deficiencies in Plaintiff's claims. Furthermore, the stay is needed because over the last several weeks, Plaintiff has sent multiple emails (and made multiple calls) to the USMS and us seeking not only the Office of Inspection complaints, but also other documents and information.[1] Finally, Plaintiff would not be unfairly prejudiced by the limited stay we are requesting.[2] Indeed, Plaintiff is primarily seeking the Office of Inspection complaints, and through this submission, we are providing them to him. Accordingly, the stay is warranted. *See Integrated Sys. & Power v. Honeywell Int'l, Inc.*, No. 09-5874, 2009 WL 2777076, at *1 (S.D.N.Y. Sept. 1, 2009) ("In considering a motion for a stay of discovery pending a dispositive motion, a court should consider the breadth of discovery sought and the burden of responding to it, as well as the strength of the underlying motion."); *Ntv v. Hilton Hotels Corp.*, No. 06-7839, 2007 WL 510113, at *1 (S.D.N.Y. Feb. 15, 2007) ("Good cause [for a stay] may be shown where a party has filed, or has sought leave to file, a dispositive motion, the stay is for a short

---

[1] For example, Plaintiff has requested: (1) an in-person meeting with a court stenographer so that this Office may "confirm or deny that Ms. Sally Smith testified in Court for the AUSA's case as a CI, and that during that episode, Ms. Smith was confronted to perjure herself"; (2) "any communications" that refer to Plaintiff between this Office and the USMS's declarant in this case, USMS General Counsel Gerald Auerbach; and (3) "a sworn affidavit from USMS GC Auerbach on all interactions on this matter."

[2] After the Federal Defendants filed their motion to dismiss, Plaintiff submitted an SF-95 FTCA claim form ("SF-95") to the USMS. *See* Fed. Def. Reply Mem. 5. The SF-95 was deficient and the USMS has since told Plaintiff what he needs to do to perfect his claim. *See id.* at 6 n.9. The stay we are seeking would not preclude Plaintiff from communicating with the USMS to the extent it is for the purpose of perfecting this claim.

---

**Figure 4 Harwood asking for a "limited stay" which lasted entire trial, and in Footnote 1 casually rebuffing attempt to give information of witness tampering**

13

d) **Appendix 3: Notarized sworn Form 95 of Sep 8, 2013 against Auerbach, Bharara, & Harwood (and the US)**

Appendix 3: Form 95 of Sep 8, 2013 against Auerbach, Bharara, & Harwood (and the US)

*SEE ATTACHED LETTER (PL)*

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Prepare in ink or typewriter. Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. | FORM APPROVED OMB NO. 43-RO597 |
|---|---|---|

| 1. SUBMIT TO:<br>U.S. DOJ OIG<br>Assistant Inspector General for Investigations<br>1425 New York Avenue, N.W., Suite 7100<br>Washington, D.C. 20530-2001 | 2. NAME AND ADDRESS OF CLAIMANT *(Number, street, city, State, and Zip Code)*<br>Peter Lindner<br>1 Irving Place, #G-23-C<br>NY, NY 10003 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY<br>☒ CIVILIAN | 4. AGE<br>63 | 5. MARITAL STATUS<br>Single | 6. NAME AND ADDRESS OF SPOUSE, IF ANY *(Number, street, city, State, and Zip Code)*<br>(n/a) |
|---|---|---|---|

| 7. PLACE OF ACCIDENT *(Give city or town and State: if outside city limits, indicate mileage or distance to nearest city or town)*<br>SDNY Court House<br>500 Pearl St, NYC, NY 10007 | 8. DATE AND DAY OF ACCIDENT<br>not an accident: an intentional abuse<br>6/27/2012 | 9. TIME *(A.M. or P.M.)*<br>pm |
|---|---|---|

| 10. | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| A. PROPERTY DAMAGE<br>$1,000,000 | B. PERSONAL INJURY<br>$1,500,000 | C. WRONGFUL DEATH | D. TOTAL<br>$2,500,000 |

11. DESCRIPTION OF ACCIDENT *(State below, in detail, all known facts and circumstances attending the damage, injury, or death, identifying persons and property involved and the cause thereof)*  USMS GC Auerbach "under the penalty of perjury" stated that no complaint was filed by me, yet several months later at my prodding, found that both I and DOJ OIG had filed said complaints. Instead of notifying the Court via Pacer so that the 2nd Circuit could review this record, Bharara wrote a private letter with a false excuse saying the complaints were closed), but retaining the language that "3. As a routine business practice, this office maintains a record of each such claim. The claims are indexed by claimant.", and not following instructions to reply to each claim or to modify the USMS GC procedures on replying to each claimant, specifically me, which killed my Case 1:11-cv-08365-AJN-MHD Doc 105 Filed 04/29/13.

| 12. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT *(Number, street, city, State, (old Zip Code)*

BRIEFLY DESCRIBE KIND AND LOCATION OF PROPERTY AND NATURE AND EXTENT OF DAMAGE (See instructions on reverse side for method of substantiating claim)

| 13. | PERSONAL INJURY |
|---|---|

STATE NATURE AND EXTENT OF INJURY WHICH FORMS THE BASIS OF THIS CLAIM

Loss of time, money, legal fees, possible loss of job in Ohio, unlawful wiretap by NSA even though I'm a US Born citizen, possible physical, criminal, and other intimidation of me and alleged DEA/ATF CI (Confidential Informant) Ms. Sally Smith and of her mother.  As to item 10(c) Wrongful Death, it remains to be seen if Ms. Smith will be killed so as to remove her as a witness, even though she was threatened by the DEA/ATF-see18 USC1512(a&b)

| 14. | WITNESSES | |
|---|---|---|
| NAME | | ADDRESS *(Number, street, city, state (old...*  |
| 1) self: Peter Lindner<br>2) (pseudonym) Ms. Sally Smith: Federal Confidential Informant for DEA/ATF | | 1) 1 Irving Place, #G-23-C, NYC, NY 10003<br>2) (address redacted, but known to both US Attorney Preet Bhara and to DOJ OIG Special Senior Agent Guido Modano) |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM  *subject to no judicial holle damages (PL)*

| 15. SIGNATURE OF CLAIMANT *(This signature should be used in all future correspondence)*<br>/s/ Peter Lindner  *Peter Lindner* | 16. DATE OF CLAIM<br>Sep 8, 2013 |
|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See R.S. §3490,5438;31 USC 231.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 62 Sec., 698, 749; 18 U S C 287. 100) |

JOHN POPESCU
Notary Public - State of New York
NO. 01P06142750
Qualified in Bronx County
My Commission Expires 03-20-14

9/8/13

STANDARD FORM 95 (REV. 6-78)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

14

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority.* The requested information is solicited pursuant to one or more of the following: 5. U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. 14.3.

B. *Principal Purpose.* The information requested is to be used in evaluating claims.

C. *Routine.* Use See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond.* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

**INSTRUCTIONS**

Complete all items—Insert the word NONE where applicable

Claims for damage to or for loss or destruction of property, or for personal injury, must be signed by the owner of the property damaged or lost or the injured person. If, by reason of death, other disability or for reasons deemed satisfactory by the Government, the foregoing requirement cannot be fulfilled, the claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing authority to act.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 10 of this form. Separate claims for personal injury and property damage are not acceptable. The amount claimed should be substantiated by competent evidence as follows:

(a) In support of claim for personal injury or death the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or, more competitive bidders, and should be certified as being just and correct.

Any further instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side.

(d) Failure to completely execute this form or to supply the requested material

within two years from the date the allegations accrued may render your claim "invalid".

| INSURANCE COVERAGE | |
|---|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property. | |
| 17. DO YOU CARRY ACCIDENT INSURANCE?  ☒ YES, IF YES, GIVE NAME AND ADDRESS OF INSURANCE COMPANY (*Number, street, city, State, and Zip Code*) AND POLICY NUMBER.  ☐ NO<br><br>Blue Cross / Blue Shield of Illinois (no sustained injury requiring medical coverage, with exception of psychiatric damage) | |
| 18. HAVE YOU FILED CLAIM ON YOUR INSURANCE CARRIER IN THIS INSTANCE, AND IF SO, IS IT FULL COVERAGE OR DEDUCTIBLE?<br><br>Yes, I have been going to a Psychiatrist (MD) for treatment | 19. IF DEDUCTIBLE, STATE AMOUNT |
| 20. IF CLAIM HAS BEEN FILED WITH YOUR CARRIER, WHAT ACTION HAS YOUR INSURER TAKEN OR PROPOSES TO TAKE WITH REFERENCE TO YOUR CLAIM? (*it is necessary that you ascertain these facts*) | |
| 21. DO YOU CARRY PUBLIC LIABILITY AND PROPERTY DAMAGE INSURANCE?<br>☐YES, IF YES, GIVE NAME AND ADDRESS OF INSURANCE CARRIER (*Number, street, city, State, and Zip Code*) ☒ NO | |

15

INSTRUCTIONS FOR SUBMITTING AN ADMINISTRATIVE TORT CLAIM TO THE
UNITED STATES MARSHALS SERVICE

In order to complete your claim, you must complete all blocks of the attached Standard Form (SF) 95, *Claim For Damage, Injury, or Death,* to include a sum certain; that is to say, the specific amount of damages you are claiming. You are also required to submit the following information pursuant to 28 C.F.R. § 14.4:

1. If a claim is being made for injuries:

    a. Physician(s) reports setting forth the nature and extent of your injury; the nature and extent of your treatment; the degree of any temporary or permanent disability; your prognosis; period of any hospitalization; and any diminished earning capacity.

    b. Itemized bills or paid receipts for medical and hospital expenses incurred.

    c. If you are claiming for lost wages, a written statement from your employer reflecting actual time lost from employment, whether you are a full or part-time employee, and the amount of wages or salary actually lost.

2. If a claim is being made for vehicle damage:

    a. Proof of vehicle ownership (*i.e.,* copy of registration, title, etc.).

    b. At least two estimates of the cost to repair, copy of the paid repair bill or copy of the paid receipt.

3. If you are being represented by an attorney, evidence of his or her authority to represent you (*e.g.,* a copy of the signed retainer agreement, etc.) NOTE: There is no provision for attorney fees to be separately awarded under the FTCA. See, e.g., 28 U.S.C. § 2412(a)(1). Attorney fees deducted from the amount awarded to you are limited to no more than 20% of the amount of an administrative settlement or no more than 25% of a judgment

or a settlement of suit in litigation. See 28 U.S.C. § 2678.

Under the Federal Tort Claims Act, the Government is afforded six months from the date a completed tort claim is received by this agency to administratively adjudicate the claim before a claimant can institute a civil action. See 28 U.S.C. § 2675(a).

Please complete, sign and date the enclosed SF-95. Send it as soon as possible, along with all required information and available documentation, to:

        United States Marshals Service
        Office of General Counsel
        Washington, DC 20530-1000

You are responsible for notifying the USMS Office of General Counsel of any changes of address after submitting your claim.

16

**11)  Exhibit 7: Redacted letter covered by Attorney Client Privilege whereby Lindner notes that Robert Ellenport Esq. asks the USMS for the video of CSO Newell hitting Lindner in front of the 2nd Circuit, and 3 men intimidating Ms. Sally Smith to commit perjury**

This letter shows that Attorney Robert Ellenport, Esq. was specifically retained by me at USMS Howard's request (thus an *ad hoc* attorney) and that Mr. Ellenport requested the video tapes of CSO Newell hitting me and of Ms. Sally Smith being approached  by men to suborn perjury.  I thus consider this tampering with evidence, and a violation of 18 USC § 1512(b).

## Note: Redacted document, with changes within [brackets]

```
From: Peter Lindner <nyc10003@nyc.rr.com>
Sent: Wednesday, November 03, 2010 10:57 PM
To: XXXXX
Cc: Bob Ellenport [,Esq. of NY/NJ]
Subject: Re: Possible witness tampering


xxxxx:

Yeah.  My friend Bob Ellenport [, Esq] is calling
US Marshal Howard ("USM"), who is on vacation this
week.

Bob and I spoke to that USM and the USM said all
communications to the 2nd Circuit (and SDNY ?)
should go directly to the USM; eg. a letter to the
2nd Circuit Court of Appeals is to be sent to Bob,
who will send it to the USM who will send it to the
2nd Circuit Clerk.

Now, a xxxxx [Ms. Sally Smith said that] CSO's
(Court Security Officers) tried to get [Ms. Smith]
to say that I threatened SDNY USDJ Sullivan.  Bob
has sent an email on that to the USM, and I spoke
to the Assistant US Attorney xxxxx [an AUSA who is
not Harwood] who will talk to [Ms. Sally Smith]
(and not me) about that attempt to suborn perjury
last week, while [Ms. Smith was] outside.  This
```

will corroborate what [Ms. Sally Smith] said (by
the US Attorney xxxxx [an AUSA who is not
Harwood]), and who the two CSO's are (via the video
tapes, which Bob will move to preserve).

[….]

I have to figure a way to transition from Bob to
you, so that Bob is not overburdened on this.

I note that I feel USDJ Sullivan violated 18 USC
section 1512(b)(3) by threatening me with contempt
of court for writing the US Marshal Guccione that
IBM tampered with my witnesses, and that it looks
like USDJ Sullivan aided in that attempt. 18 USC
section 1512(b)(3) makes it a crime punishable by
up to 20 years in jail for knowingly attempting to
hinder the communication of a possible federal
crime to a federal law enforcement officer (or to a
federal judge). In the Second Circuit, my appeal
was dismissed as untimely, when it turns out that
my USPS mail addressed to the 2nd Circuit Court of
Appeals was timestamped by the SDNY some 10 days
before it was delivered to the 2nd Circuit Court of
Appeals. In other words, someone again tampered
with my communications in violation of 18 USC
section
1512(b)(3). So, I believe that the CSO's are doing
USDJ Sullivan's bidding, in violation of the law
against intimidating a federal witness ([Ms. Sally
Smith]), and in  making a false accusation of me
threatening USDJ Sullivan, and additionally,  CSO
Newell hit my face with his name badge in front of
the 3rd floor window  for the 2nd Circuit in
Aug2010.  It's getting pretty bad, and pretty
scary:
I am afraid for the CSO's threatening [Ms. Sally
Smith], and for the CSO's trying to frame  me as if
I wanted to hurt or threaten USDJ Sullivan.  All I
want to do to  Sullivan is have him impeached

(which is legal) for violating 18 USC section
1512(b)(3) in Oct2009.  Bob is writing a legal memo
on that this week, which  I'm paying him for, as to
whether a Judge threatening contempt for writing
to a USM about a possible federal crime is immune
from being charged for  violating 18 USC section
1512(b)(3).  So far, Bob has only written what I
cannot prove (e.g. that USDJ Sullivan took money),
as opposed to the threat of contempt having the
effect of hindering my communication to the USM.

Needless to say, USDJ Sullivan does not like being
challenged on his ORDER, whether or not it was a
legal ORDER (since rescinded, some 3 months later,
which I consider a delay under 18 USC section
1512(b)(3)).

I put in a call to my IRA tonight to ask for money
to withdraw for your
retainer.


        Regards,
                Peter

Peter Lindner
1 Irving Place, #G-23-C
NYC, NY 10003
home: 212-979-9647
cell:    917-207-4962
----- Original Message -----
From: xxxxxx [a lawyer]
To: "Peter Lindner" <nyc10003@nyc.rr.com>
Sent: Wednesday, November 03, 2010 6:19 PM
Subject: Re: Possible witness tampering


Peter,

Hi. [a lawyer in the firm] is telling me that
you're having an emergency and are a good client.
Did you receive the retainer I emailed?  Any
questions?

Please advise.

Xxxxx [the lawyer]

On Wed, Nov 3, 2010 at 12:41 PM, Peter Lindner
<nyc10003@nyc.rr.com> wrote:
xxxxxxx:

I feel we are reaching a new level.

Please draw up a retainer agreement.

As I see it, the private security firm employed as
Court Security Officers and sworn in to work for
the SDNY US Marshal tried a quid pro quo to  suborn
perjury from [Ms. Sally Smith]  last week. My
friend, Bob Ellenport, Esq., is trying  right now
to secure the videotapes (to prove that [Ms. Sally
Smith]  was [outside on the 500 Pearl St Courthouse
grounds], and that 2 CSO's went up to him, and who
they were), and I called the US Asst Attorney [an
AUSA who is not Harwood] that his confidential
informant on this case involving [names of drugs ]
and may involve mafia, that his CI was approached
for a
case-related conversation, in defiance of a
directive of US Marshal Howard that I am to speak
to no one at SDNY or 2nd Circuit except through USM
Howard, which I designated Bob Ellenport to do. Bob
is a bit overwhelmed and doubtful about this
criminal attempt to throw me in jail by
manufacturing a statement from [Ms. Sally Smith].

PS: I have not talked to [Ms. Sally Smith] in 2
days, and I and [Ms. Sally Smith's] friend(s) are

getting worried. [Ms. Sally Smith] has a chance of
being whacked.

[a different lawyer in the firm]: Thanks,

Regards,
Peter

**12)** **Exhibit 8: Videotapes cannot be destroyed even if not yet subpoenaed**

" What kind of advice did Nixon get?

There had already been some reporting on the question but I had more questions. Garment told Nixon he could not destroy the tapes, relying on Judge Weinfeld's 1956 opinion in U.S. v. Solow. Others thought he could because no subpeona had yet issued, although it was apparent that one would be. (P.S. It is remarkable to me that the legal options offered Nixon depended on two lawyers working in the White House's own incomplete law library.)"

---

" July 16, 2013

# My 2009 Leonard Garment Interview

Four years ago in May, I searched for Leonard Garment, who died yesterday. I found him living a mile from NYU. I wanted to interview him for an article about a lawyer's responsibility for real evidence, in this case evidence of a possible crime. Richard Nixon's White House Tapes. There were never and will likely never be a legally more consequential piece of real evidence in U.S. history.

What kind of advice did Nixon get?

There had already been some reporting on the question but I had more questions. Garment told Nixon he could not destroy the tapes, relying on Judge Weinfeld's 1956 opinion in U.S. v. Solow. Others thought he could because no subpeona had yet issued, although it was apparent that one would be. (P.S. It is remarkable to me that the legal options offered Nixon depended on two lawyers working in the White House's own incomplete law library.)

Edward Bennett Williams later remarked that Nixon should have burned the tapes on the White House lawn, falsely citing national security.

In his riveting autobiography, Crazy Rhythm, Garment wrote that, law aside, Nixon probably could have destroyed the tapes and avoided impeachment. Nixon, not Ford, would then have chosen the Justice who replaced Douglas in 1975. It would not have been Stevens.

Nixon told the Times years later that the idea that he could not destroy the tapes was the "cock-eyed notion" of "well-intentioned lawyers." (I think Garment was right on the law then and today, with more obstruction statutes, would be even more right.)

In any event, Garment told me that Nixon would not have destroyed the tapes even if he could. They were "financially priceless" and they established his place in history. He also told me that it would not have been possible to do. No one would have helped him. White House aides, current and former, were already under investigation and there were some indictments. Nixon would have had to do it alone.

And, he said, they were the "old acetate real-to-real tapes," near to impossible for Nixon alone to lug outside an burn. It would have made a great photo op, though.

Posted by **Stephen Gillers** at 07:39 AM | **Permalink**"

http://www.legalethicsforum.com/blog/2013/07/my-2009-leonard-garment-interview.html

**13)  Exhibit 9: Outline of other major issues in case, to be fleshed out when motion is perfected given that Your Honors extend the deadline by 90 days**

My ad hoc lawyer[55] said I should write this in paragraph, rather than outline, form. But I did not have enough time. However, given that the US Code is in Outline form, as is the FRAP, I feel Your Honors can handle it.

1. I wish to have an expert in submitting documents to the 2nd Circuit Court of Appeals reformat this appeal, cut out the duplication, and meet the page size specifications as laid out in the FRAP.[56]
2. Institutional Inertia (nonfeasance)
   a. I realize that the 2nd Circuit Court of Appeals has no will to help one of their poor constituents, any more than the Georgia Court sought to help one of the disabled people in a wheel chair which led to the Supreme Court of the United States overturning States' Rights on Accessibility.
      i. I was waiting in line at the counter of the clerk in the 2nd Circuit Court of Appeals in 2010
      ii. When I was assaulted by Court Security Officer Newell
         1. without provocation by me
         2. and even if CSO Newell was provoked by me, hitting is not a solution in a court of law
   b.
   c. But clearly, the 2nd Circuit Court of Appeals is in cahoots with the US Marshal and CSO Newell and the SDNY, by stonewalling an obvious case of violence upon a US born citizen. I say clearly, since I would hope that the 2nd Circuit Clerk would investigate with me the circumstances, but the Clerk refused to do so.
   d. Instead of helping to maintain Order and decency and respect for the law, this Honorable 2nd Circuit Court of Appeals would rather sit on the sidelines instead of joining in a suit against the USMS, CSO

---

[55] Name omitted

[56] I also consulted the web for guidance, especially since the Clerk was not helpful, which is odd since it is his job to help pro se litigants. Said clerk was unable to find my case number, since he had 300 cases, and felt I should know how to do it. My source was: Amendments to Appellate Rules Concerning Type Size and Word Count, by Andrew M. Low, Originally in The Colorado Lawyer, June 2005, Vol. 34, No. 6
http://www.dgslaw.com/images/materials/647345.pdf

Newell, and the firm that is supposed to monitor via videotape the events in the Courthouse proper

e.  I bring this up to show you and indeed to shame you into granting a delay, and urging Your Honors to delay this procedure whilst Your Honors press the security firms to provide the videos on that day, and to explain publicly

    i.  Why they have not produced them sooner

    ii.  Why the firm sought to hide such evidence

    iii.  Why this firm could bank on the fact that the 2nd Circuit Court of Appeals would not object to such a cover up

f.  I sarcastically use Russia as a role model for this Honorable 2nd Circuit Court of Appeals:

    i.  In Russia, when there was an anti-government protest,

        1.  bands of people would be attacked by thugs with sticks and other weapons

        2.  this was reported in the newspaper as "hooliganism"

            a.  it was left to infer that some unruly crowds took revenge upon each other

            b.  in actuality: the Russian secret police would have their troops in civilian garb disrupt the (otherwise peaceful) rally

    ii.  Similarly, the Honorable 2nd Circuit Court of Appeals rejects my claim, by perhaps saying that hooligans were fighting each other, over which The Court had no control, no security, and no video tapes

        1.  A quaint fiction of no videotapes, but endorsed

            a.  by the USMS Guccione,

            b.  the US Attorney,

            c.  USMS General Counsel Auerbach, and

            d.  even USDJ Nathan who wrote that the existence of the tape is merely an assumption

g.  nonfeasance by AUSA Harwood

    i.  refused to meet with me to handle joint paper to USDJ Nathan

    ii.  refused to arrange for me to give Harwood and SDNY US Attorney the actual name of Ms. Sally Smith to confirm that

        1.  she was indeed a CI for the DEA/ATF

        2.  she was approached on this case to sabotage my side

        3.  she was willing to tell the truth if subpoenaed, but was Ordered by the DEA/ATF not to say anything until subpoenaed

        4. and pointedly refused to allow me to subpoena Ms. Smith

   iii. refused to put the 3rd affidavit of Auerbach on the record until I put it there and refused to state why

   iv. refused to meet with me and Ms. Smith in person

   v. had his staff threaten to arrest me when I wanted to make an appointment with the SDNY US Attorney (or the AUSA), even though it might risk Ms. Smith's life if I were to use some non-secure channel to provide evidence of what Ms. Smith said

Plaintiff asserts in his opposition papers that his allegations regarding destruction of the videotape stem from a comment by USM employee Paul Brunhuber ("Brunhuber")—who is not named as a defendant in this action—to Plaintiff that he "would allow . . . videotapes to be written over." (Docket # 50; Opp. Br. at 11). But Plaintiff's allegations that Brunhuber told him that he would allow some unspecified videotapes to be written over for some unspecified reason fails to state a claim that a specific videotape was intentionally written over or otherwise destroyed.

13

**Figure 6 Document 90, Mar 26, 2013, ORDER from USDJ Nathan, p 13**

would be futile. Plaintiff has indicated that he does not even know if a videotape ever existed, indicating that he cannot plausibly allege that Defendants conspired to destroy a videotape in violation of his constitutional rights. His state law claims are all time barred. His injuries are

**Figure 7 Ibid, p 19**

3. Malfeasance: wrongful acts by USMS General Counsel Auerbach
    a. Wrote 3 inconsistent sworn under perjury documents that are "inconsistent" at best and deliberate perjury at worst

b. As in case of Prof Postol at MIT who alleged wrongdoing[57], but other institutions (Pentagon, MIT, Lincoln Labs) delayed investigation in violation of timetables and in order to spare the DOD from losing Lincoln Labs. This is similar to USDJ Nathan refusing to allow schedule of discovery in 2-3 months, and not doing it for about 1 ½ years, and the AUSA refusing to document the USMS General Counsel Auerbach had submitted an apparently false and misleading sworn statement to the Court, which would have exposed the USMS to treble damages, and disbarment of all of the US Attorney Bharara, AUSA Harwood, and USMS GC Auerbach.

   i. " subsequent 18 month investigation by the General Accounting Office in 2002 found widespread technical failures in the anti-missile system, contradicting the original report in 1997.[11] In May 2006, a panel composed of MIT faculty members concluded that the investigator recommended a full investigation "because of his inability to exhaust all the questions that arose during the inquiry," not because it appeared likely misconduct had occurred, and that a full investigation had not been warranted.[12] Under National Science Foundation regulations governing research misconduct, a preliminary inquiry should be completed within 90 days of an allegation, and a full investigation within 180 days subject to penalties as severe as suspension of federal funding.[13] By December 2004, four years later, no formal investigation had been performed, and the Missile Defense Agency formally rejected MIT's request to investigate the classified data.[14] Postol asserts that the MIT administration has been compliant

---

[57]"Theodore A. Postol (born 1946) is a professor of Science, Technology, and International Security at the Massachusetts Institute of Technology and is a prominent critic of U.S. government statements about missile defense." http://en.wikipedia.org/wiki/Theodore_Postol

Prof. Postol also was a source for evaluating the Aug 21, 2013 sarin gas launch in Syria having 13 gallons of sarin..
[Published: September 4, 2013, "Rockets With Deadly Chemicals", NY Times, paragraphs 4-7] http://www.nytimes.com/interactive/2013/09/05/world/middleeast/how-the-rockets-may-have-worked.html?ref=middleeast

The conclusion one can draw is that a single person can go up against several institution, but it takes time:
   • Prof Postol: 1997-2006
   • Lindner: 2010 - 2014

with the Pentagon's attempts to cover up a fiasco by dragging its feet on an investigation because defense contracts through Lincoln Laboratory constitute a major portion of MIT's operating budget.[15][16]

    ii. In early 2006, a compromise was reached whereby MIT would halt any attempt to conduct its own investigation and senior Air Force administrator Brendan B. Godfrey and former Lockheed Martin chief executive Norman R. Augustine would lead a final investigation.[17] Postol disputes the impartiality of this new investigation as Augustine was CEO while Lockheed was a contractor with NBMD.[18]

    iii. In May 2006, a MIT Ad-Hoc Committee on Research Misconduct Allegation concluded delays in the investigation were caused by a number of factors, including: "initial uncertainty about the applicability of MIT's research misconduct policy to a government [non-MIT] report"; government classification of relevant information, possibly in an attempt to make it unavailable to plaintiffs in the TRW whistle-blower trial; and Postol's failure to provided a clearly written summary of his allegations, which changed repeatedly during the investigation. The committee also found that Postol repeatedly violated MIT confidentiality rules "causing personal distress to the Lincoln Laboratory researchers, their families and colleagues".[12]"

4. Constitutional Arguments

    a. This case is ripe for jurisdiction at the Supreme Court of the United States

    b. It involves a clash between 2 or 3 (thus all) of the branches of the USA

        i. The Judicial branch of government seeking to instill peace

        ii. The executive branch seeking to quell violence by its officers and vendors

        iii. The Congressional branch in allowing due process, instead of intimidating a witness's mother

    c. The requests

        i. for evidence is based upon FRCP 26

        ii. For witnesses is based upon FRCP and due process

        iii. For due process was ignored by USDJ Nathan as my being a skilled litigant, but also a nuisance, thus not worthy of an attempt to replead:

> Given Plaintiff's litigation experience and the futility of any attempt to replead, Plaintiff is not granted leave to amend his complaint.

**Figure 8  page 20, Document 90**

    iv.  For wiretapping information upon **the 4th amendment**

        1.  since the witness known as Ms. Sally Smith, a Confidential Informant (CI) for the DEA/ATF told me that she was advised by her agency that my number showed up on her phone as a combination of her monitored phone, and my phone being on a wiretap list.

        2.  The NYPD 13th Precinct

            a.  Referred

                i.  Publicly in my building lobby to information that they knew that others did not

                ii.  Privately to my Condo Association that they wished

                    1.  me to get noted on record

                    2.  me to get arrested as would benefit the condo association when I complained about repeated harassment of 20 times in a 10 month period by a private individual(s)

            b.  Refused to act on the harassment

                i.  Referenced in a.ii.2

                ii.  Gave false reasons for not acting (that the harassment did not list me by name)

                iii.  And accused me of making up the document when I showed weeks later that indeed two of the 20+ documents had my name and apartment number on it

**14)** **Exhibit 10: The Clayton Motion is enshrined in NY Law as 10 conditions**

The key elements are "the court must, to the extent applicable, examine and consider, individually and collectively, the following" 10 aspects.  My criminal lawyer, in a misguided move, but **perhaps** ultimately beneficial to me, left out that the dismissal would negatively influence the safety of the community, by allowing the DEA/ATF to continue to plant evidence, monitor calls, make false 911 calls.  I refer here to:

> "(g) the impact of a dismissal upon the confidence of the public in the criminal justice system;
> (h) the impact of a dismissal on the safety or welfare of the community"
>
> " In determining whether such compelling factor, consideration, or circumstance exists, the court must, to the extent applicable, examine and consider, individually and collectively, the following:
>> (a) the seriousness and circumstances of the offense;
>> (b) the extent of harm caused by the offense;
>> (c) the evidence of guilt, whether admissible or inadmissible at trial;
>> (d) the history, character and condition of the defendant;
>> (e) any exceptionally serious misconduct of law enforcement personnel in the investigation, arrest and prosecution of the defendant;
>> (f) the purpose and effect of imposing upon the defendant a sentence authorized for the offense;
>> (g) the impact of a dismissal upon the confidence of the public in the criminal justice system;
>> (h) the impact of a dismissal on the safety or welfare of the community;
>> (i) where the court deems it appropriate, the attitude of the complainant or victim with respect to the motion;
>> (j) any other relevant fact indicating that a judgment of conviction would serve no useful purpose. "

- See more at:
http://codes.lp.findlaw.com/nycode/CPL/TWO/I/210/210.40#sthash.U4wQq8jZ.dpuf

**15)  Exhibit 11:  Proof of delivery of Certified Letter from Lindner to DOJ OIG Sr. Special Agent Guido Modano who knows of my complaint and worked with Ms. Sally Smith**

Date Produced: 04/29/2013
CERTIFIED MAIL ENVELOPES INC:
The following is the delivery information for Certified Mail™/RRE item number 9414 8102 0083 0787 6756 66. Our records indicate that this item was delivered on April 23, 2013 at 12:17 PM in NEW YORK, NY 10004. The scanned image of the recipient information is provided below.
    Signature of Recipient :
    Address of Recipient :
Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.
Sincerely,
United States Postal Service


**UNITED STATES**
**POSTAL SERVICE**

Date Produced: 04/29/2013

CERTIFIED MAIL ENVELOPES INC:

The following is the delivery information for Certified Mail™/RRE item number 9414 8102 0083 0787 6756 66. Our records indicate that this item was delivered on April 23, 2013 at 12:17 PM in NEW YORK, NY 10004. The scanned image of the recipient information is provided below.

Signature of Recipient :


Address of Recipient :


Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

**16)  Exhibit 12:  Additional Reasons for Your Honors at the 2nd Circuit Court of Appeals to act now sua sponte**

Ms. Sally Smith as a Confidential Informant (CI)  for the DEA/ATF informed me that a 3rd agency intercepted me calling her[58], with both of our lines being monitored (Ms. Smith's line with her permission).  I gave my Criminal Attorney Ryan Blanch Esq. my birth certificate to show that  I was a US Citizen and thus was /should be exempted from the assumption (under NSA and FISA law) that I wasn't a citizen until proven otherwise.

Perhaps (many have argued) the government's current NSA data gathering should be declared unconstitutional. A key argument advanced is the potential (and in my case, actual) illegal use this or another Administration might make of the collection of billions of communications by ordinary people[59]. Such a data gathering of my [Mr. Lindner's] personal communications must be involved with the various facts

---

[58] This is prima facie evidence of an illegal wiretap by a 3rd agency.  The attempted introduction of child porn on my PC at the Order of the DEA/ATF is heinous and has no place in federal jurisprudence (although I'll admit, we'll never get the local police to stop planting false evidence – drugs or guns…. USDJ Nathan in her eminent wisdom refused to allow testimony as to this, and to Ms. Smith being tampered as a witness. I believe this is a misguided move by USDJ Nathan to "shield" USDJ Sullivan. This is cause for recusal and change of venue.

[59] We refer here to both:
- Data:  Calls, text messages
- Metadata: date/time of calls, from/to information, geographic location

above, and they have increasingly constrained my rights, as well as threatened to

harm my seeking a livelihood. A key requirement for standing was enunciated by

US Solicitor General Verrilli to the US Supreme Court as the use of NSA records

in a criminal case.[60]

---

[60] See 4) Exhibit 0: Signed image of Notary Sworn Statement

**Sworn Signature**

Dated: Thursday, October 03, 2013 2PM
New York City, NY

    Respectfully submitted and sworn as true to the best of my knowledge and

ability:

/s/ *Peter Lindner*

Peter Lindner
Appellant Plaintiff Pro Se
1 Irving Place, #G-23-C
New York, N.Y. 10003
home/fax: 212-979-9647
cell:      917-207-4962
email:    nyc10003@nyc.rr.com

Sworn to before me

October 3, 2013

Notary Public

JARETT SAUL
Notary Public, State of New York
No. 01SA6205432
Qualified in New York County
Commission Expires April 6, 20/7

RECEIVED
2013 OCT -3 PM 4: 05
U.S. COURT OF APPEALS
CLERK'S OFFICE
COUNTER 1

Exhibit 1:  NY **Times lists criteria of criminal case for NSA to have standing before SCOTUS**

I (Mr. Lindner) was in a criminal case (begun Dec2012, and dismissed under a

Clayton Motion[61] in July 2013), where his attorney refused to alert the Judge and

the ADA (Assistant District Attorney) that Ms. Smith was tampered with, allegedly

---

[61] ' The motion to dismiss in the interest of justice is a provision of the New York Criminal Procedure Law, CPL § 210.40; since being interpreted in *People v. Clayton*, it has been known as a "Clayton motion". ' *People v. Clayton*, 41 A.D.2d 204 (N.Y. App. Div. 2d Dep't 1973). This is enshrined in NY Law, and requires 10 specific items to be considered "individually and collectively". I assert that my lawyer did not provide the Judge with the full truth, and did not show me his motion until after the motion was granted. The text is in Exhibit 10 in section 14).

I feel my attorney misled the Judge and my attorney felt I should be grateful for the dismissal. I nonetheless lost a job in Ohio at over $100,000 despite the dismissal, since I answered honestly in an "Onboarding Application" that I had a criminal charge pending that could result in my other answers changing (from never being guilty, to having been found guilty, thus ignoring the principle of innocent until proven guilty). Some might argue that this firm was violating a contract to me, since they already accepted me as an employee, pending background checks which can only be done on employees (asking their age, school graduation, etc. for EEO-1 use). These are real damages, including missing the start date of June 10th, when I told the firm that I could start at the beginning of August 2013. I wanted the trial, since there was only a 2-week difference between the motion and the trial. I had requested that Ms. Sally Smith be called to testify about:

- her illegal acts against me (being Ordered by the DEA/ATF to falsely claim that I stole her photo ID, when she gave it to me for safekeeping to hold in an envelope and **she** put it in my drawer)
- that the DEA/ATF instructed and directed her to call me by the codename "Benedict Arnold" whom she did not realize was our Nation's first traitor circa 1776.
- That USDJ Sullivan met twice with her (my witness)
- That USDJ Sullivan asked about me, and used the code name "Benedict Arnold" – thus showing the link between USDJ Sullivan and the DEA/ATF.

Call me old-fashioned, but I don't feel the DEA/ATF should be used as a Judge's private Gestapo.

to get the names of Mr. Lindner's attorney and to call the NYPD and say **falsely**

that Mr. Lindner had stolen her photo ID which she let him hold so that she might

in the next week sign an affidavit. Ms. Smith did call the NYPD from Mr.

Lindner's apartment, and after she did, Mr. Lindner ordered her out of his condo,

and she sat in the lobby awaiting the arrival of the police, who allegedly did show

up. Ms. Smith came by the next day to explain that she was instructed to make that

call, even though Ms. Smith put her photo ID in an envelope in Mr. Lindner's

drawer of her own free will.  Mr. Lindner has gone to his three Congressional

Representatives for help in this matter, especially on the USDJ Sullivan matter,

and was not helped[62]. Later, Ms. Smith reported that [Mr. Lindner's NY]

Representative Carolyn Maloney called Ms. Smith's mother, who resides in

another State entirely, which both I [plaintiff Lindner] and Ms. Smith believe is in

an attempt to influence her; but Ms. Smith's mother refused to answer the phone,

not wanting to get involved.


I also note (re: treating "rich and poor" alike and following FRCP) that many if not

all of the documents submitted by my opponents are not "searchable"

Electronically Stored Information (ESI) documents as required by FRCP 26 since

---

[62] A staffer from Congress/Senate said impeachment of USDJ Sullivan did not rise to the level of "high crimes and misdemeanors" even though I pointed out that Article III of the Constitution said lifetime tenure was upon "good behavior".

Dec 2006.  Surely six years is enough time to allow these professional lawyers to do so, especially since the "native" document format is searchable, and the lawyers purposely make it "unsearchable" in order to frustrate a sole practitioner, let alone me as a pro se litigant.

**17)** **Exhibit 14:  USDJ Nathan's "Individual Practice" not allowing oral**

**argument by non lawyers is de facto discriminatory**

For instance: I have not done any research on the 2nd Circuit Court of Appeals'

oversight of the "Individual Practices" of USDJ's, nor of such oversight by the

Supreme Court of the United States  or the other circuits.  But USDJ Nathan has a

"special practice"  for pro se in Her Honor's "Special Rules Of Practice In Civil Pro

Se Cases - May 23rd, 2012" whereby Her Honor categorically[63] rules out oral

argument.  To me, this is as heinous as having Special Rules for Colored People

which don't allow Coloreds to speak in her Court.  "In its majestic equality, the law

forbids rich and poor alike to sleep under bridges."[64]  Thus poor and rich pro se

litigants are forbidden to be heard:

> " 9. Oral Argument: Unless otherwise ordered by the Court, argument will
>
> not be heard in pro se matters."

---

[63] A Constitutional aside:  By creating a special category without a specific need is
prima facie evidence of discrimination.  Under the Civil Rights Act of 1991,
'Under the disparate-impact statute, a plaintiff establishes a prima facie violation
by showing that an employer uses "a particular employment practice that causes a
disparate impact on the basis of race, color, religion, sex, or national origin." '
Since the Judge swore to treat rich and poor equally, this ' disparate impact on the
basis ' of money is suspect and thus I [the plaintiff] ' establishes a prima facie
violation '

[64] Anatole France (1844-1924), Nobel Prize in Literature 1921.

This contradicts the oath[65] "do equal right to the poor and to the rich".   I guess if

Her Honor USDJ Nathan wanted Colored persons to sit separately, that would be

okay with the 2nd Circuit Court of Appeals, despite *Brown v Board of Education*

or the Civil Rights Act[66] of 1964, since the 2nd Circuit Court of Appeals has no

---

[65] " **28 USC § 453 - Oaths of justices and judges**
Each justice or judge of the United States shall take the following oath or
affirmation before performing the duties of his office: "I, XXX XXX, do solemnly
swear (or affirm) that I will administer justice without respect to persons, and do
equal right to the poor and to the rich, and that I will faithfully and impartially
discharge and perform all the duties incumbent upon me as XXX under the
Constitution and laws of the United States. So help me God.""
http://www.law.cornell.edu/uscode/text/28/453

[66] As late as 2010, Title VII of the Civil Rights Act of 1964 did (does) not apply to
Congress, and probably to Federal Courts, which are co-equal to the 2 other
branches.

" Congress exempt from Civil Rights Act
By Erika Lovley , 7/16/10 4:28 AM EDT
Lawmakers from both sides of the aisle took Rand Paul to task when he suggested
earlier this year that Title II of the 1964 Civil Rights Act shouldn't apply to private
businesses.

But a new report from Congress's Office of Compliance notes that Congress has
never applied the provision to itself.

> "The OOC Board of Directors has taken the position that the rights and
> protections afforded by Titles II and III of the Civil Rights Act of 1964
> against discrimination with respect to places of public accommodation
> should be applied to the legislative branch," OOC officials wrote in the
> report.

> Title II prohibits discrimination or segregation on the basis of race, color,
> religion or national origin in access to public accommodations, including
> hearing rooms, lecture halls, retail shops and restaurants — all

jurisdiction over the Individual Practices of a USDJ who can only be removed by

the US Senate via impeachment (10 have been so removed in the 200 years of US

History). So, let me be among the first (or be the first) to raise my "complaints or

issues involving discriminatory practices in the provision of" the Judicial Branch.

Likewise: I hereby request Oral Argument before the 2nd Circuit Court of Appeals

so that we can examine if Colored People are allowed and able to talk to Judges.[67]

To summarize:  USDJ Nathan took an oath not to discriminate against poor people,

but codifies rules that poor people can't give oral arguments in Court, which the

hopefully soon to be chastised Judge will reverse herself on.

---

accommodations the public uses on Capitol Hill. Title III dictates that these same standards be applied to state and local governments.

The Speaker's Office and the Senate Historian's Office say they are not aware of any recorded cases in which people have been barred from entering Capitol Hill facilities on grounds prohibited by the Civil Rights Act.

"In fact, we are not aware of any **complaints or issues involving discriminatory practices in the provision of** congressional services," said a Democratic leadership aide. "If the Office of Compliance is aware of any specific complaints of this nature, we urge them to promptly bring it to the attention of House leadership, so that it can be addressed immediately. Congress is firmly committed to providing equal access to all of its services to all."" [**emphasis** added]

[67] In *Gideon v Wainwright*, Clarence Earl Gideon rejected questions whether he was a minority race, and thus entitled to a criminal lawyer.  Hopefully Your Honors will realize that oral argument, just as seats and water fountains should not be allocated based upon a [prohibited] characteristic.  (NB: even a non-prohibited characteristic, as ' Unless otherwise ordered by the Court, argument will not be heard of ugly persons.' ]

And to plainly admit that I need more time to develop such an approach:  if the SDNY Court must obey the oath to treat rich and poor equally, then is USDJ Nathan's enshrined "Colored Only" water fountain (disguised as "pro se litigant individual practices') an impeachable offense under Article III for lifetime tenure under "good behavior"?  Or does the 2nd Circuit Court of Appeals or only the Supreme Court of the United States  have the ability to decide whether individual Judges may skirt the requirements of the law?   "I have a dream that one day," SCOTUS start applying civil rights laws of a half century ago to itself on its own volition.  And should the Supreme Court of the United States  have a chance to admonish USDJ Nathan (or have her sua sponte allow oral arguments in my case, and in all prior cases which she presided), or am I being impertinent since a Judge can not be questioned about her actions, and thus my only avenue is the extreme action to go to the Congress to get her impeached[68]?  Or will the Judicial Conference have standing to admonish or correct Nathan's Individual Practices as relating to Colored People or Pro Se litigants?  Or is there really a distinction

---

[68] Of course, that helps me, but leaves the other Judges in this State, and in the many 50 States to be handled one at a time, rather than en masse by the simple application of common sense and justice.  The common sense:  don't ignore the contradictory sworn statements of a person, let alone a lawyer; and don't allow an attorney (in NY under NY Judiciary §487 on "intent to deceive" any Court in NY State, seek to bury evidence of such perjury; and in this case, the attorney is the US Attorney.

between Colored People or Pro Se litigants, since if it were Colored People, then

USDJ Nathan would be clearly wrong[69], but Pro Se litigants can be modified by

merely obtaining money and/or counsel?  Or are Colored People and Pro Se

litigants allowed to be discriminated against by the Judicial Branch of the

Government, since the law is only what the Supreme Court of the United States

says it is, and SCOTUS has not said that pro se litigants should be a "protected

class" or that pro se litigants may not necessarily be poor, and thus are not the

subject of the Oath of Office? This last point is especially salient since Original

Construction (I'm speaking to Your Honors: Justices Scalia, Thomas and Alito), of

due process applied to voters, not slaves, and only land owning males could vote.[70]

---

[69] Or not?  I have not researched whether the Court is immune to racial
discrimination charges.

[70] I note for the record, that I am an owner of "land", namely my condo in NYC,
where I have lived from 1989 to the present.

**18)    Exhibit 13  On USMS GC Auerbach falsely stating under penalties of**

**perjury that Lindner did not submit (FTCA) Claim prior to 2012**

More specifically: USDJ Nathan could have cited USMS General Counsel Auerbach's statement **under perjury** that **I did not file with the US prior to 2012**, and thus have not followed the Tort Claims Act by going through administrative remedies first – that is, prior to initiating the suit 11cv8365 *Lindner v. CSO Newell, et al*, which the "11" means was started in 2011.  The sworn affidavit leaves no room for doubt.  Except for this:  it is and was wrong, and that I did file in Sep/Oct2010, and that the DOJ Department of Justice OIG Office of the Inspector General also filed then, and neither my claim nor the DOJ OIG's request was handled, indexed, as USMS General Counsel Auerbach swore happened to **all** claims.  The group that got the US DOJ OIG claim reports directly to USMS Auebach.

http://en.wikipedia.org/wiki/Federal_Tort_Claims_Act

How could that be that Auerbach not only did not respond to me, but also did not respond (nor index) these 2 separate claims, one of which was from his superiors?  In other words, Auerbach not only violated the law of perjury which he swore to (see 9)  , with the first and third statements  being inconsistent / perjured   ), but also " 28 USC § 2672 - Administrative adjustment of claims ", which begins by saying the claims must/may be done and the agency should "consider, ascertain, adjust, determine, compromise" … " in accordance with regulations prescribed by the Attorney General".  Instead, Auerbach violated this law:

> " The head of each Federal agency or his designee, in accordance with regulations prescribed by the Attorney General, may consider, ascertain, adjust, determine, compromise, and settle any claim for money damages against the United States for injury or loss of property or personal injury or death caused by the negligent or wrongful act or omission of any employee of the agency while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred: "

http://www.law.cornell.edu/uscode/text/28/2672

**19)** **Exhibit 14 Violation of "rich v poor" in standards Lawyers do not have to put up with**

Here are some items which violate standards that lawyers would not have to put up with. For example:

1) Lawyers, but not pro se litigants can make oral arguments to USDJ Nathan

2) AUSA Howard categorically refused to meet with me anywhere, and required that I (ad hoc) hire a lawyer (Mr. Robert Ellenport, Esq. of NY/NY) for the sole purpose of communicating with the USMS and with anyone else in the 500 Pearl Street Courthouse. This is codified in my email in 11) "Exhibit 7: Redacted letter covered by Attorney Client Privilege whereby Lindner notes that Robert Ellenport Esq. asks the USMS for the video of CSO Newell hitting Lindner in front of the 2nd Circuit, and 3 men intimidating Ms. Sally Smith to commit perjury" 11) which says:

   a) "Bob and I spoke to that USM and the USM said all communications to the 2nd Circuit (and SDNY ?) should go directly to the USM; eg. a letter to the 2nd Circuit Court of Appeals is to be sent to Bob, who will send it to the USM who will send it to the 2nd Circuit Clerk."

   b) Dated Wednesday, November 03, 2010 10:57 PM

3) USDJ Nathan violating rules on scheduling within 2-3 months by not doing so even after 17 months, and then not at all.

98

4) Not speaking to me privately about a witness Ms. Sally Smith whose identity was to be kept secret, lest she be harmed by criminals put in prison by her testimony under the DEA/ATF.

5) As a lawyer (but not a pro se lawyer) I could have issued my own subpoena to Ms. Smith, to compel testimony against the wishes of DEA/ATF, including that my witness Ms. Smith had ex parte communications about me with USDJ Sullivan, and that Ms. Smith had worked with DOJ OIG Modano and that Ms. Smith was approached while testifying in SDNY about perjuring herself about me, and about the DEA/ATF asking Ms. Sally Smith to put child porn on my PC.

6) Under Rules of Evidence as practiced under the Nixon White House in a recent law journal article, the President's Attorney concluded that to destroy the (Nixon audio) tapes even prior to a subpoena would be a felony; see Exhibit #8, in section 12).

**20)** **Exhibit 15:  Due Process**

I include both substantive due process (SDP) and procedural due process (PDP).  (I hope I'm not mixing them up) PDP seems clearly violated by the SDNY in not granting subpoenas, not investigating inconsistent statements made under penalty of perjury by the USMS General Counsel Auerbach, allegedly inadvertent not filing of inconsistent statement, not following rules of DOJ and DOJ OIG by not responding to complaints filed in writing, not scheduling (discovery) within 2-3 months (not scheduling discovery at all even after 17 months), refusal to allow oral argument since I was pro se.  This should have occurred as explicated below:

> **"Incorporation of the Bill of Rights**
>
> Incorporation is the legal doctrine by which the Bill of Rights, either in full or in part, is applied to the states through the Fourteenth Amendment's Due Process Clause. The basis for incorporation is substantive due process regarding substantive rights enumerated elsewhere in the Constitution, and procedural due process regarding procedural rights enumerated elsewhere in the Constitution.[30]"
>
> http://en.wikipedia.org/wiki/Procedural_due_process#Procedural_due_process

More specifically, I was not able to do the following 4 of 10 rights in PDP:

> " These rights, which apply equally to civil due process and criminal due process, are:[Strauss, Peter. "Due Process". Legal Information Institute. Retrieved 8 March 2013.]
> …
>  4. The right to present evidence, including the right to call witnesses.
>  5. The right to know opposing evidence.
>  6.  The right to cross-examine adverse witnesses.
>  7. A decision based exclusively on the evidence presented."
> [ibid.]

What sort of messed up Court system do we have when a Judge does not care if

someone, and worse: a lawyer, commits perjury? (‽ an interrobang)  I would

gather that had I committed perjury, "justice" would be swift and fierce.

Likewise if I took a civilian's advice and hit the CSO back – I would have been clubbed unconscious and the videotapes would have miraculously only shown me hitting the CSO.  The purpose of the law – and it should be even more so in the Court – is that physical violence of any sort should not be tolerated, by the USMS, by the Clerk, and especially not the Judges of the Court I was waiting patiently in line to address (or seek redress).  It is the mark of a fascist State to beat up people who line up for their civil rights, and then claim they had it coming to them and there is no remedy (save martyrdom).  Is that how the 2nd Circuit Court of Appeals wishes to be remembered:  justice if you can survive the thrashing?  Isn't that trial by fire?

## 21)    Exhibit 16:  Proof of Service via email

---

**Peter Lindner**

| | |
|---|---|
| **From:** | "Peter Lindner" <nyc10003@nyc.rr.com> |
| **Date:** | Thursday, October 03, 2013 4:37 PM |
| **To:** | "Christopher (USANYS) Harwood" <Christopher.Harwood@usdoj.gov>; "Eric A. Johnson, Special Agent in Charge" <oig.hotline@usdoj.gov>; "Janice Tate" <janice.tate@usdoj.gov> |
| **Cc:** | "Jennie Woltz, Esq" <jwoltz@littler.com>; "Kurt Peterson" <KPeterson@littler.com> |
| **Attach:** | Reasons_for_delay_ver_h_in_perfecting_the_2nd_Circuit_Court_of_.pdf |
| **Subject:** | Re: Lindner files Motion for Leave of 90 Days to Perfect Motion |

Revised

Regards,

Peter Lindner
nyc10003@nyc.rr.com
peter4apple@nyc.rr.com
1 Irving Place, #G-23-C
NYC, NY 10003
cell: 917-207-4962
home/fax: 212-979-9647

**From:** Peter Lindner
**Sent:** Monday, September 09, 2013 9:36 PM
**To:** Christopher (USANYS) Harwood ; Eric A. Johnson, Special Agent in Charge ; Auerbach ; Janice Tate
**Cc:** Jennie Woltz, Esq ; Kurt Peterson
**Subject:** Lindner files Motion for Leave of 90 Days to Perfect Motion

Regards,

Peter Lindner
nyc10003@nyc.rr.com
peter4apple@nyc.rr.com
1 Irving Place, #G-23-C
NYC, NY 10003
cell: 917-207-4962
home/fax: 212-979-9647