# Peter Lindner

| | |
|---|---|
| **From:** | "Peter Lindner" <nyc10003@nyc.rr.com> |
| **Date:** | Friday, November 08, 2013 3:28 PM |
| **To:** | "Christopher (USANYS) Harwood" <Christopher.Harwood@usdoj.gov>; "Jennie Woltz, Esq" <jwoltz@littler.com>; "Benjamin H Torrance Esq" <benjamin.torrance@usdoj.gov> |
| **Cc:** | <Jason_Wang@ca2.uscourts.gov> |
| **Subject:** | 2nd Circuit Case 13-1761 Lindner v Newell Possible threat against a witness in violation of 18 USC 1512 (b) and maybe also (a) |

To The Court and my adversaries:

I just had a disturbing conversation with Ms Sally Smith (a pseudonym) --the woman who claims to be a CI (Confidential Informant) for the DEA/ATF, claiming that she had been threatened physically.

She said that the DEA/ATF called her and said to expect a call from USDJ Sullivan, who then called her. USDJ Sullivan was upset that Ms. Smith had given and/or sold her cell phones to me, which included logs that show that Sullivan called Ms. Smith and referred to me (Peter Lindner) and wanted to speak to Ms. Smith in His Honor's Chambers. The Judge said (and I'm paraphrasing here) that the Judge had done some favors for some people, who would be quite unhappy if Ms. Smith testified / told of that, and would possibly try to harm Ms. Smith.

I asked Ms. Smith to write an affidavit to that effect, since this is possible threat against a witness / informant in violation of 18 USC 1512 (b) and maybe also (a). The title is "18 USC § 1512 - Tampering with a witness, victim, or an informant". Basically I want a statement or a subpoena of Ms. Smith for my proceeding in 2nd Circuit to the Judges about a possible federal crime. This is a violation of:

> "**(b)** Whoever knowingly uses intimidation, threatens, or corruptly persuades another person, or **attempts to do so, or engages in misleading conduct toward another person, with intent** to—...
>
> **(2)** cause or induce any person to—
>
> **(A)** withhold testimony, or withhold a record, document, or other object, from an official proceeding;
>
> **(B)** alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding;
>
> **(C)** evade legal process summoning that person to appear as a witness, or to produce a record, document, or other object, in an official proceeding; or ...
>
> shall be fined under this title or **imprisoned not more than 20 years**, or both."

Ms. Smith just called the DEA/ATF (3-3:15pm) to check if she can get her passport (for writing an affidavit and traveling by plane) and to get permission to write a statement, and they said "Just get out of here. What are you waiting for?" and they offered her $2,500 or $3,500. The DEA/ATF

solution was to have Ms. Smith not be in NY State / the East Coast.

The DEA / ATF said "Just leave. Don't get involved." Ms. Smith told me she feels she is involved, so I feel the DEA/ATF is misleading her. And the reason for not giving her passport today is that they're busy today, and to "wait until next week or you're about to move." I feel that this may also constitute an attempt to hinder or delay.

Regards,

/s/Peter Lindner
nyc10003@nyc.rr.com
peter4apple@nyc.rr.com
1 Irving Place, #G-23-C
NYC, NY 10003
cell: 917-207-4962
home/fax: 212-979-9647

Copy via USPS or Electronically to 2nd Circuit

11/8/2013