# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 13-1761

**Caption [use short title]:** Lindner v Newell, et al

**Motion for:** 90 Day extension and Recuse USDJ

Set forth below precise, complete statement of relief sought:

1. Recuse USDJ Sullivan from any actions involving Lindner or the Confidential Informant (pseudonym of Ms. Sally Smith)
2. Invoke an evidentiary hearing before the 2nd Circuit with Ms. Smith under oath, and compelling her DEA/ATF handlers

**MOVING PARTY:** Peter W. Lindner
- [✓] Plaintiff
- [ ] Defendant
- [ ] Appellant/Petitioner
- [ ] Appellee/Respondent

**OPPOSING PARTY:** CSO Newell, et al

**MOVING ATTORNEY:** (self: pro se litigant)
Peter W. Lindner (pro se litigant)
1 Irving Place, Apt. G-23-C
NYC, NY 10003

**OPPOSING ATTORNEY:** Littler Mendelson & SDNY US Attorney
[name of attorney, with firm, address, phone number and e-mail] jWoltz@littler.com
1) Littler Mendelson, 900 Third Ave, 7th Floor; NYC 10022
Jennie Woltz, Esq & Kurt Peterson, Esq 212-583-2689
2) US Attorney Benjamin H. Torrance, 86 Chambers St, NYC 10007 212-637-2703 benjamin.torrance@usdoj.g

**Court-Judge/Agency appealed from:** SDNY - USDJ Nathan

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes [ ] No (explain): via email and phone call messa

Opposing counsel's position on motion:
[ ] Unopposed [✓] Opposed [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [ ] No [✓] Don't Know

Is oral argument on motion requested? [✓] Yes [ ] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✓] No If yes, enter date:____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? [ ] Yes [✓] No
Has this relief been previously sought in this Court? [ ] Yes [✓] No
Requested return date and explanation of emergency: Nov 20, 2013
Physical threat by USDJ upon a witness for this case

**Signature of Moving Attorney:** /s/ Peter Lindner  **Date:** Nov 8, 2013

Has service been effected? [✓] Yes [ ] No [Attach proof of service]
(See attached copy of email)

## ORDER

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED  DENIED**.

**FOR THE COURT:**
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____  By: _____

**Form T-1080**