S.D.N.Y.-N.Y.C.
11-cv-8365
Nathan, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of December, two thousand thirteen.

Present:
> Robert A. Katzmann,
>> *Chief Judge,*
>
> Ralph K. Winter,
> Guido Calabresi,
>> *Circuit Judges.*

Peter W. Lindner,

> *Plaintiff-Appellant*,

v.                                                                                                    13-1761

(CSO) Newell, *et al.*,

> *Defendants-Appellees*.

Appellant, *pro se,* moves for an extension of time, oral argument, and various other relief. Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Pillay v. INS*, 45 F.3d 13, 17 (2d Cir. 1995) (finding that this Court has "inherent authority" to dismiss an appeal that lacks an arguable basis in law or fact). It is further ORDERED that the motion is DENIED as moot.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk

SAO-RH